IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC., AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendants. | C.A. No.  07-cv-4810 (***) <br><br> **JURY TRIAL DEMANDED** <br><br> **ECF Case** <br><br> **This document relates to** <br><br> **04 MD 1603 (SHS)** |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **KV PHARMACEUTICAL COMPANY'S RULE 7.1 STATEMENT** |

1073905 v1

## **KV PHARMACEUTICAL COMPANY'S RULE 7.1 STATEMENT**

1. Defendant/Counterclaim Plaintiff KV Pharmaceutical Company ("KV") is a publicly-traded corporation.

2. KV has no parent corporation.

3. No publicly held corporation owns 10% or more of KV's stock, in terms of total numbers of the combined shares of KV's Classes A and B common stock or in terms of voting interest. Neuberger Berman, Inc. (which is believed to be owned by Lehman Brothers Holdings Inc., a publicly-traded company) was the owner of record as of February 13, 2007 of approximately 12.288% of KV's Class A common shares (that is, 4,550,564 shares of approximately 37 million shares of Class A common stock outstanding). Each share of Class A common stock is entitled to a voting power of 1/20th of one vote per Class A share. There also are approximately 12.5 million KV Class B shares of common stock outstanding, which are entitled to one vote per share. In terms of voting interest, Neuberger Berman, Inc. owns about 1.58% of the voting interest in KV.

|  |  |
|---|---|
| | MORGAN & FINNEGAN, LLP |
| Dated: June 12, 2007 | By: s/ John F. Sweeney |
| | John F. Sweeney (JS5431) |
| | Seth J. Atlas (SA9513) |
| | MORGAN & FINNEGAN, LLP |
| | 3 World Financial Center |
| | New York, NY 10281-2101 |
| | (212) 415-8700 |
| | *Attorneys for Defendant* |
| | KV Pharmaceutical Company |

1073905 v1