UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION | 04-md-1603 (SHS)<br>This document relates to: |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>　　　Plaintiffs and Counterclaim Defendants,<br><br>　　　　　v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>　　　Defendants and Counterclaim Plaintiffs,<br><br>　　　　　v.<br><br>THE PURDUE FREDERICK COMPANY,<br>THE PURDUE PHARMA COMPANY, and<br>EUROCELTIQUE S.A.,<br><br>　　　Counterclaim Defendants. | Civil Action No.: 1:07 Civ. 03972 (SHS) |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>　　　Plaintiffs and Counterclaim Defendants,<br><br>　　　　　v.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>　　　Defendant and Counterclaim Plaintiff,<br><br>　　　　　v.<br><br>THE PURDUE FREDERICK COMPANY,<br>THE PURDUE PHARMA COMPANY, and<br>EUROCELTIQUE S.A.,<br><br>　　　Counterclaim Defendants. | Civil Action No.: 1:07 Civ. 03973 (SHS)<br><br>Civil Action No.: 1:07 Civ. 04810 (SHS)<br>(related)<br><br><br>THIS DOCUMENT WAS FILED<br>ELECTRONICALLY VIA CM/ECF<br><br><br>**<u>DISCLOSURE STATEMENT<br>PURSUANT TO FED. R. CIV. P. 7.1</u>** |

Counterclaim Defendants The Purdue Frederick Company, The Purdue Pharma Company, and Euroceltique S.A. hereby state, through their undersigned attorneys, as follows:

1. Pharmaceutical Research Associates, Inc. is the parent corporation for The Purdue Frederick Company;

2. No publicly held company owns more than 10% of either The Purdue Frederick Company or Pharmaceutical Research Associates, Inc.'s stock;

3. Plaintiff and Counterclaim Defendant Purdue Pharma L.P. is the successor-in-interest to The Purdue Pharma Company;

4. Euroceltique S.A. has no parent corporations;

5. No publicly held company owns more than 10% of Euroceltique S.A.'s stock.

                                                ROPES & GRAY LLP

July 5, 2007                              <u>*s/Richard A. Inz*</u>
                                          Herbert F. Schwartz
                                          Denise L. Loring
                                          Pablo D. Hendler
                                          Richard A. Inz
                                            1211 Avenue of the Americas
                                            New York, New York 10036
                                            (212) 596-9000

                                          Robert J. Goldman
                                            525 University Avenue
                                            Suite 300
                                            Palo Alto, California 94301
                                            (650) 617-4000

                                          *Attorneys for Plaintiffs and Counterclaim Defendants*
                                            *Purdue Pharma L.P.,*
                                            *The P.F. Laboratories, Inc.,*
                                            *Purdue Pharmaceuticals L.P.,*
                                            *The Purdue Frederick Company,*
                                            *The Purdue Pharma Company, and*
                                            *Euroceltique S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2007, I caused to be electronically filed the DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

*s/Richard A. Inz*
Richard A. Inz
