IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Oxycontin Antitrust Litigation*

04 md 1603 (SHS)

This document relates to:
07 Civ 3972 (SHS)
07 Civ 3973 (SHS)

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | C.A. No. 07-CV-4810 (SHS) <br><br> **JURY TRIAL DEMANDED** <br><br> **ECF Case** <br><br> ~~This document relates to~~ <br><br> ~~04 MD 1603 (SHS)~~ |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **ORDER FOR ADMISSION** <br> ***PRO HAC VICE* ON WRITTEN MOTION** |

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/9/07]

1078774 v1

-1-

Upon the motion of Seth J. Atlas of Morgan & Finnegan, L.L.P. and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

> Andrea L. Wayda
> MORGAN & FINNEGAN, LLP
> 3 World Financial Center
> New York, New York 10281-2101
> 212-415-8700
> 212-415-8701 (fax)

is permitted to appear *pro hac vice* as co-counsel for KV Pharmaceutical Company in the above captioned case in the United States District Court for the Southern District of New York.

Dated: 7/9/07

_____
U.S. District Court Judge

-1-

1078774 v1