IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | **C.A. No. 07-CV-4810 (\*\*\*)** <br><br> **JURY TRIAL DEMANDED** <br><br> **ECF Case** <br><br> **This document relates to** <br><br> **04 MD 1603 (SHS)** |
| KV PHARMACEUTICAL COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br> Counterclaim-Defendants. | **MOTION FOR ADMISSION** <br> *PRO HAC VICE* |

1078774 v1

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, KV Pharmaceutical Company hereby moves, upon the annexed Declaration of Seth J. Atlas and accompanying exhibits, for an Order allowing the admission *pro hac vice* of

> Andrea L. Wayda
> MORGAN & FINNEGAN, LLP
> 3 World Financial Center
> New York, New York 10281-2101
> 212-415-8700
> 212-415-8701 (fax).

Respectfully Submitted,

Dated:  New York, New York
       July 5, 2007

MORGAN & FINNEGAN, LLP

By: _____
Seth J. Atlas
3 World Financial Center
New York, New York  10281-2101
(212) 415-8700

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
KV PHARMACEUTICAL COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P., <br><br>     Plaintiffs, <br><br>     v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br>     Defendant. | **C.A. No. 07-CV-4810 (\*\*\*)** <br><br> **JURY TRIAL DEMANDED** <br><br> **ECF Case** <br><br> **This document relates to** <br><br> **04 MD 1603 (SHS)** |
| KV PHARMACEUTICAL COMPANY, <br><br>     Counterclaim-Plaintiff, <br><br>     v. <br><br> PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A., <br><br>     Counterclaim-Defendants. | **DECLARATION OF SETH J. ATLAS IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

## DECLARATION OF SETH J. ATLAS IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Seth J. Atlas, being duly sworn, hereby deposes and says as follows:

1.      I am a partner in the law firm of Morgan & Finnegan, L.L.P., 3 World Financial

Center, New York, New York 10281, counsel for Defendant and Counterclaim-Plaintiff KV

Pharmaceutical Company in the above captioned action.  I am familiar with the proceedings in

this case.  I make this statement based on my personal knowledge of the facts set forth herein and

in support of Defendant and Counterclaim-Plaintiff's motion to admit Andrea L. Wayda as

counsel *pro hac vice* to represent Defendant and Counterclaim-Plaintiff in this matter.

2.      I am a member of good standing of the bar of the State of New York and was

admitted to practice law in 1984.  I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Andrea L. Wayda since 1988.  Andrea L. Wayda is a partner at

Morgan & Finnegan, L.L.P., 3 World Financial Center, New York, New York, 10281.  Ms.

Wayda is a member in good standing of the Bar of the States of New York and New Jersey.

Certificates of Good Standing are attached hereto as Exhibits A and B, respectively.

4.      I respectfully submit a proposed order granting the admission of Andrea L.

Wayda, *pro hac vice*, attached hereto as Exhibit C.

5.      I declare under penalty of perjury that all of the foregoing is true and correct.


Dated:  New York, New York
        July 5, 2007

_____
Seth J. Atlas

2

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREA LYNN WAYDA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 11th day of January, 1993 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 20, 2007

David Spokony

Deputy Clerk

5748

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ANDREA L WAYDA**
(No. **043161992** ) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1992** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **22ND** day of **June** , 20 **07**

Clerk of the Supreme Court

-453a-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PURDUE PHARMA, L.P., THE P.F. LABORATORIES,
INC. AND PURDUE PHARMACEUTICALS L.P.,

      Plaintiffs,

      v.

KV PHARMACEUTICAL COMPANY,

      Defendant.

---

KV PHARMACEUTICAL COMPANY,

      Counterclaim-Plaintiff,

      v.

PURDUE PHARMA, L.P., THE PURDUE FREDERICK
COMPANY, THE P.F. LABORATORIES, INC., THE
PURDUE PHARMA COMPANY, PURDUE
PHARMACEUTICALS, L.P., AND EUROCELTIQUE
S.A.,

      Counterclaim-Defendants.

**C.A. No. 07-CV-4810 (\*\*\*)**

**JURY TRIAL DEMANDED**

**ECF Case**

**This document relates to**

**04 MD 1603 (SHS)**

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON WRITTEN**
**MOTION**

Upon the motion of Seth J. Atlas of Morgan & Finnegan, L.L.P. and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

> Andrea L. Wayda
> MORGAN & FINNEGAN, LLP
> 3 World Financial Center
> New York, New York 10281-2101
> 212-415-8700
> 212-415-8701 (fax)

is permitted to appear *pro hac vice* as co-counsel for KV Pharmaceutical Company in the above captioned case in the United States District Court for the Southern District of New York.

Dated: _____          _____

                                                    U.S. District Court Judge

1078774 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the MOTION FOR ADMISSION of Andrea L. Wayda and attachments were served on Plaintiffs this 5th day of July, 2007 by transmitting same by facsimile and First Class Mail upon the following:

Richard Alan Inz
Denise L. Loring
Herbert F. Schwartz
Ropes & Gray, LLP (NYC)
1211 Avenue of the Americas
New York, NY 10036
212-596-9130
212-596-9090 (fax)

Counsel for Plaintiffs and Counterclaim-Defendants

Dated: New York, New York          MORGAN & FINNEGAN, LLP
       July 5, 2007

By: _____
Seth J. Atlas
3 World Financial Center
New York, New York  10281-2101
(212) 415-8700

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
KV PHARMACEUTICAL COMPANY