MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

                                :      04 md. 1603 (SHS)

In re:                           :

OXYCONTIN ANTITRUST LITIGATION   :      This document relates to:

                                :      06 Civ. 13095 (SHS)

-------------------------------------------------------------x    07 Civ. 03972 (SHS)

                                          07 Civ. 03973 (SHS)

                                          07 Civ. 04810 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today with counsel for all parties present,

IT IS HEREBY ORDERED that:

1.    Defendants' opening briefs on the issue of inequitable conduct are due on

September 21, 2007; Purdue's response is due on October 12; defendants' replies, if any,

are due on October 19;

2.    The opening and responsive briefing shall not exceed forty pages; the

replies shall not exceed twenty-five pages; and

3.    Courtesy copies shall be sent to the Court as the briefs are filed.

Dated: New York, New York
       August 23, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 23 07

1