## TIME SENSITIVE PATENT INFORMATION PURSUANT TO
## 21 C.F.R. 314.53 (c) FOR NDA # 20-553

The following is provided in accordance with the Drug Price Competition and Patent Term Restoration Act of 1984:

| | |
|---|---|
| Trade Name: | OxyContin® |
| Active Ingredient(s): | Oxycodone Hydrochloride |
| Strength(s): | 10, 20, 40, 80 and 160 mg |
| Dosage Form: | Extended-Release Tablets |
| Approval Date: | 10 mg. – December 12, 1995 |
| | 20 mg. – December 12, 1995 |
| | 40 mg. – December 12, 1995 |
| | 80 mg. – January 6, 1997 |
| | 160 mg. – March 15, 2000 |
| | |
| Applicant: | Purdue Pharma L.P. |
| | One Stamford Forum |
| | Stamford, CT 06901-3431 |
| Listed Drug: | OxyContin® (Oxycodone Hydrocloride) Controlled-Release Tablets |
| Indication(s): | OxyContin® (Oxycodone Hydrocloride) Controlled-Release Tablets are indicated for the management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time. |

**Confidential Information**
**Purdue v. Endo**

**P 650650**

**Trial Exhibit**
Purdue et al. v. Endo et al.
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)

**DX 4110**

1.    United States Patent No. 4,861,598

    A.    This information should be provided for each individual patent submitted:

        U.S. Patent Number:        <u>4,861,598</u>

        Expiration Date:           August 29, 2006

        Type of Patent (*indicate all that apply*):

| | Y | N |
|---|---|---|
| Drug Substance (Active Ingredient) | _____ | _x_ |
| Drug Product (Composition/Formulation) | _x_ | _____ |
| Method of Use | _____ | _x_ |

        a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: N/A

Name of Patent Owner:        Euro-Celtique S.A.

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): <u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

    B.    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

        The undersigned declares that the above stated United States Number 4,861,598 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

        _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

        **OR**

        ____ the subject of this application for which approval is being sought.

**Confidential Information**
<u>Purdue v. Endo</u>

**P 650651**

2.   **United States Patent No. 4,970,075**

    A.    This information should be provided for each individual patent submitted:

        U.S. Patent Number:        <u>4,970,075</u>

        Expiration Date:              August 29, 2006

        Type of Patent (*indicate all that apply*):

| | | |
|---|---|---|
| Drug Substance (Active Ingredient) | ____ Y | _x_ N |
| Drug Product (Composition/Formulation) | _x_ Y | ____ N |
| Method of Use | ____ Y | _x_ N |

        a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: N/A.

Name of Patent Owner:        Euro-Celtique S.A.

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431

    B.    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

        The undersigned declares that the above stated United States Number 4,970,075 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

        _x_  currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

        **OR**

        ___ the subject of this application for which approval is being sought.

**Confidential Information**
**Purdue v. Endo**

**P 650652**

3.    **United States Patent No. 5,266,331**

A.    This information should be provided for each individual patent submitted:

U.S. Patent Number:    <u>5,266,331</u>

Expiration Date:    October 26, 2007

Type of Patent (*indicate all that apply*):

| | | |
|---|---|---|
| Drug Substance (Active Ingredient) | ____ Y | _x_ N |
| Drug Product (Composition/Formulation) | _x_ Y | ____ N |
| Method of Use | ____ Y | _x_ N |

a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>N/A</u>

Name of Patent Owner:    Purdue Pharma L.P.
    The Purdue Frederick Company
    The P.F. Laboratories, Inc.
    The Purdue Pharma Company

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): <u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

B    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

The undersigned declares that the above stated United States Number 5,266,331 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

   _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

**OR**

   ___ the subject of this application for which approval is being sought.

<u>**Confidential Information**
**Purdue v. Endo**</u>

**P 650653**

4.    **United States Patent No. 5,508,042**

A.    This information should be provided for each individual patent submitted:

U.S. Patent Number:        <u>5,508,042</u>

Expiration Date:            April 16, 2013

Type of Patent (*indicate all that apply*):

Drug Substance (Active Ingredient)            _____ Y   _X_ N
Drug Product (Composition/Formulation)       _____ Y   _X_ N
Method of Use                                _X_ Y   _____ N

a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>Management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.</u>

Name of Patent Owner:            Purdue Pharma L.P.
                                 The Purdue Frederick Company
                                 The P.F. Laboratories, Inc.
                                 The Purdue Pharma Company

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*):
<u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

B.    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

The undersigned declares that the above stated United States Number 5,508,042 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

_X_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

**OR**

_____ the subject of this application for which approval is being sought.

*Confidential Information*
<u>*Purdue v. Endo*</u>

**P 650654**

5.    United States Patent No. 5,549,912

    A.    This information should be provided for each individual patent submitted:

        U.S. Patent Number:        <u>5,549,912</u>

        Expiration Date:           October 26, 2007

        Type of Patent (*indicate all that apply*):

| | Y | N |
|---|---|---|
| Drug Substance (Active Ingredient) | ___ Y | _x_ N |
| Drug Product (Composition/Formulation) | _X_ Y | ___ N |
| Method of Use | ___ Y | _X_ N |

        a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>N/A.</u>

Name of Patent Owner:        Purdue Pharma L.P.
                              The Purdue Frederick Company
                              The P.F. Laboratories, Inc.
                              The Purdue Pharma Company

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*):
<u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

    B.    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

        The undersigned declares that the above stated United States Number 5,549,912 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

        _x_ currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

        **OR**

        ___ the subject of this application for which approval is being sought.

**Confidential Information**
<u>**Purdue v. Endo**</u>

**P 650655**

6.    **United States Patent No. 5,656,295**

    A.    This information should be provided for each individual patent submitted:

        U.S. Patent Number:        <u>5,656,295</u>

        Expiration Date:             October 26, 2007

        Type of Patent (*indicate all that apply*):

| | Y | N |
|---|---|---|
| Drug Substance (Active Ingredient) | ___ Y | _X_ N |
| Drug Product (Composition/Formulation) | _X_ Y | ___ N |
| Method of Use | _X_ Y | ___ N |

        a.    If patent claims method(s) of use, please specify approved method(s) of use or method(s) of use for which approval is being sought that are covered by patent: <u>Management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.</u>

    Name of Patent Owner:        Purdue Pharma L.P.
                            The Purdue Frederick Company
                            The P.F. Laboratories, Inc.
                            The Purdue Pharma Company

U.S. Agent (*if patent owner or applicant does not reside or have place of business in the U.S.*): <u>Philip C. Strassburger, Purdue Pharma L.P., 1 Stamford Forum, Stamford, CT 06901-3431</u>

    B.    The following declaration statement is required by 21 C.F.R. 314.53. If any of the submitted patents have Composition/Formulation or Method of Use claims, it should be submitted for each patent that contains composition/formulation or method of use claims.

        The undersigned declares that the above stated United States Number 5,656,295 covers the composition, formulation and/or method of use of all strengths of OxyContin® Controlled-Release Tablets. This product is:

        _X_  currently approved under section 505 of the Federal Food, Drug and Cosmetic Act.

        **OR**

        ___  the subject of this application for which approval is being sought.

Signed: _(signature)_
        Philip C. Strassburger
        U.S. Patent and Trademark Office Registration No. 34,258

**Confidential Information**
<u>**Purdue v. Endo**</u>

Date:   March 28, 2002

Title:   Vice President, Intellectual Property Counsel
         Purdue Pharma L.P.

Telephone Number:   (203) 588-7639

**P 650656**