91. KAIKO R, CRONIN C, GRANDY R, HOPF K, FITZMARTIN R, GOLDENHEIM P, VANWAGONER J, BROWN J, O'CALLAGHAN V. Controlled-release oral morphine (MS Contin, MSC) in postoperative pain. Pharmacotherapy 10(3):250-251, 1990.

92. KAIKO R, VANWAGONER J, BROWN J, O'CALLAGHAN V, GRANDY R, HOPF K, FITZMARTIN R, GOLDENHEIM P. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. European Journal of Pharmacology 183(6):1437-1438, 1990.

93. KAIKO R, CRONIN C, GOLDENHEIM P. Hematologic safety associated with the administration of choline magnesium trisalicylate. European Journal of Pharmacology 183(6):2269-2270, 1990.

94. SUNSHINE A, MARRERO I, OLSON NZ, TIRAO S, KAIKO R, GRANDY R, SIEGEL C, LASKA E. Analgesic efficacy of choline magnesium trisalicylate (Trilisate) alone and in combination with Codeine Contin compared to acetaminophen plus codeine. European Journal of Pharmacology 183(6):2274-2275, 1990.

95. KAIKO R, CRONIN C, PAV J, GOLDENHEIM P, FANUCCHI M. Bioavailability of rectal compared to oral MS Contin tablets. Journal of Cancer Research and Clinical Oncology 116(Suppl., Part 1):627, 1990.

96. CRONIN C, KAIKO R, GOLDENHEIM P, FANUCCHI. Effective analgesic doses. Journal of Cancer Research and Clinical Oncology 116(Suppl., Part 1):628, 1990.

97. KAIKO R, FANUCCHI M, CRONIN C, GOLDENHEIM P. Steady-state bioavailability of 20mg controlled-release metoclopramide q12h vs 10mg conventional oral metoclopramide. Third Annual International Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.192.

98. CRONIN C, FANUCCHI M, KAIKO R, GOLDENHEIM P. Insensitivity of controlled-release oral morphine (MS Contin) to a high fat meal. Third Annual International Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.43.

99. VANWAGONER J, O'CALLAGHAN R, FANUCCHI M, KAIKO R, GRANDY R, BROWN J, FITZMARTIN R. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. Third Annual Concensus on Supportive Care in Oncology, Brussels, August 21-24, 1990. p.49.

100. KAIKO R, CRONIN C, GOLDENHEIM P. Steady-state bioavailability of controlled-release metoclopramide. Journal of Clinical Pharmacology 30:844, 1990.

101. KAIKO R, CRONIN C, PAV J, THOMAS G, GOLDENHEIM P. Steady-state bioavailability of 20mg controlled-release metoclopramide q12h vs 10mg conventional oral metoclopramide q6h. Proceedings of the ASCO 9:69, March 1990.

102. CRONIN C, POLOMANO R, KAIKO R. Evaluation of the equianalgesic effects of the oral and intravenous routes of administration. Journal of Palliative Care (6)3:53, 1990.

103. KAIKO R, VANWAGONER D, BROWN J, O'CALLAGHAN R, GRANDY RP, HOPF K, FITZMARTIN R, GOLDENHEIM PD. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. Pain Supplement 5:S149, 1990.

104. ROSEN SI, GRANDY RP, CLARK GO. Indomethacin bioavailability and food. Pharmacotherapy 10(3):236-237, 1990.

...

105. CRONIN CM, KAIKO RF, GOLDENHEIM PD. Bioavailability of rectal compared to oral MS Contin tablets. American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990. St. Louis, MO. Abstract #202.

106. FERRELL BR, FERRELL BA, KAIKO RF, NALIBOFF B. Symposia on pain in the elderly. American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990. St. Louis, MO. Abstract #108.

107. BROWN JD, VANWAGONER JD, O'CALLAGHAN R, KAIKO RF, GRANDY RP, FITZMARTIN RF. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. American Pain Society 9th Annual Scientific Meeting, October 25-28, 1990. St. Louis, MO. Abstract #201.

108. HEALY, N, KAIKO RF. Senna laxatives: review of efficacy and safety. Archives of Physical Medicine and Rehabilitation 69:718, 1990.

109. BRESCIA F, KAIKO R, LAZARUS H, INGBER E. Utilization of effective analgesic doses in cancer patients. American Academy of Pain Management 1991 Annual Conference, August 29-September 1, 1991, Baltimore, Maryland. Official Program Book, pg 12.

110. CRONIN CM, KAIKO RF, GOLDENHEIM PD. Bioavailability of rectal compared to oral MS Contin tablets. Clinical Journal of Pain 7:41, 1991.

111. BROWN JD, VANWAGONER JD, O'CALLAGHAN R, KAIKO RF, GRANDY RP, FITZMARTIN R. Controlled-release oral morphine (MS Contin Tablets, MSC) in postoperative pain. Clinical Journal of Pain 7:41, 1991.

112. BLUM RH, KAIKO RF, GRANDY RP, THOMAS GB. MS Contin (MSC) dose titration schema for achieving rapid adequate analgesia in patients with chronic severe cancer pain. Proceedings of ASCO 10:343, March 1991.

113. KAIKO RF. Survey of parenteral PCA use. American Academy of Pain Management 1991 Annual Conference, August 29-September 1, 1991, Baltimore, Maryland. Official Program Book, pg 17.

114. BLOOMFIELD SS, CISSELL G, MITCHELL J, KAIKO RF. Relative analgesic potency of two brands of controlled-release oral morphine tablets. Journal of Clinical Pharmacology 31(9):857, 1991.

115. BLOOMFIELD SS, CISSELL G, MITCHELL J, KAIKO RF, GRANDY RP, KOMOROWSKI J, FITZMARTIN RF, GOLDENHEIM PD. Relative analgesic potency of two brands of controlled-release oral morphine tablets. Presented at the American Pain Society 10th Annual Scientific Meeting. November 7-10, 1991. Poster #91366.

*110, CC-148*

91-318  04/15/93

#9

N.E.

UNITED STATES PATENT AND TRADEMARK OFFICE
J. Spear                           Art Unit: 1502

Re: Application of        Benjamin OSHLACK, et al.

    Serial No.            07/800,549

    Filed:                November 27, 1991

    For:                  CONTROLLED RELEASE OXYCODONE
                          COMPOSITIONS

**TERMINAL DISCLAIMER AND APPLICATION**

RECEIVED
APR 0 8 1993
GROUP 150

Hon. Commissioner of Patents and Trademarks
Washington D.C. 20231

Sir:

Euroceltique, S.A., of 122 Boulevard de la Petrusse, Luxembourg, (hereinafter "Euroceltique") represents that it is the assignee of the above-identified patent application Serial No. 07/800,549, filed November 27, 1991, for "Controlled Release Oxycodone Compositions", which assignment is recorded at Reel 5932, Frame 573.

Euroceltique further represents that it is the assignee of Patent No. 4,990,341, granted February 5, 1991, which assignment is recorded at Reel 4795 Frame 161.

Euroceltique further states that it has reviewed the evidentiary documents, namely the assignments recorded at Reel 5932, Frame 573 and at Reel 4795 Frame 161, and Euroceltique hereby certifies that to the best of its knowledge and belief, title to said patent application Serial No. 07/800,549 and to said Patent No. 4,990,341 are in Euroceltique, the assignee seeking to take this action.

Euroceltique hereby disclaims the terminal part of any patent granted on the above-identified application Serial No. 07/800,549 which would extend beyond the expiration date of Patent No. 4,990,341, granted February 5, 1991, and hereby agrees

050 MS 03/29/93 07800549        1 148      110.00 CK

'331 - 78

that any patent granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to Patent No. 4,990,341, granted February 5, 1991, this agreement to run with any patent granted on the above-identified application and to be binding on the grantee, its successors or assigns.

Petitioner does not disclaim any terminal part of any patent granted on the above-identified application prior to the expiration date of the full statutory term as presently shortened by any terminal disclaimer of Patent No. 4,990,341 in the event that it later: expires for failure to pay maintenance fees, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR §1.321(a), has all claims cancelled by a reexamination certificate, or is otherwise terminated prior to the expiration of its statutory term as presently shortened by any terminal disclaimer, except for the separation of legal title stated above.

The statutory fee of $110.00 for a disclaimer is submitted herewith.

EUROCELTIQUE, S.A.

By: *[signature]*
Martin Greene, Procurist

Dated: March 5, 1993

-2-

'331 - 79

RECEIVED
MAY 27 1993
GROUP 150

91-318

**UNITED STATES PATENT AND TRADEMARK OFFICE**
J. Spear                Art Unit: 1502

Re:  Application of     Benjamin OSHLACK, et al.
     Serial No.         07/800,549
     Filed:             November 27, 1991
     For:               CONTROLLED RELEASE OXYCODONE COMPOSITIONS

**TRANSMITTAL OF DECLARATION FILED BY FACSIMILE**

Hon. Commissioner of Patents and Trademarks          May 21, 1993
Washington D.C. 20231

Sir:

Enclosed herewith is a **COPY** of DECLARATION CONFIRMING CAPACITY OF PROCURIST OF EUROCELTIQUE, S.A., filed by facsimile in connection with the above-identified application.

Respectfully submitted,

STEINBERG & RASKIN

Harold D. Steinberg

(212) 768-3800

I hereby certify that this correspondence and/or fee is being deposited with the United States Postal Service as first class mail in an envelope addressed to "Commissioner of Patents and Trademarks, Washington, DC 20231" on May 21, 1993

STEINBERG & RASKIN
By: _____

HDS/aew
disk #9

'331 - 80



91-318

UNITED STATES PATENT AND TRADEMARK OFFICE
J. Spear                    Art Unit: 1502

Re: Application of        Benjamin OSHLACK, et al.

Serial No.                07/800,549

Filed:                    November 27, 1991

For:                      CONTROLLED RELEASE OXYCODONE
                          COMPOSITIONS

DECLARATION CONFIRMING CAPACITY OF
PROCURIST OF EUROCELTIQUE, S.A.

Hon. Commissioner of Patents and Trademarks      May 21, 1993

Washington D.C. 20231

Sir:

    I, Harold D. Steinberg, declare as follows:

    I am a registered Patent Attorney, Registration No. 17,255, and member of the Bar of the State of New York since 1951. I practice as a partner of the firm of Steinberg & Raskin, 1140 Avenue of the Americas, New York, New York 10036.

    I have been involved in the International Practice of Patent and Trademark Law since 1951 and have become thoroughly familiar with situations concerning officers of foreign corporations. In the case of corporations of Austria, Germany, Luxembourg and other countries, the position of Procurist of a Corporation in such country is a very high ranking position equivalent to the highest ranking officer of any United States

CERTIFICATE OF FACSIMILE TRANSMISSION
I hereby certify that this DECLARATION
CONFIRMING CAPACITY OF PROCURIST OF
EUROCELTIQUE, S.A. is
being facsimile transmitted to the
United States Patent and Trademark
Office on the date shown below.

STEINBERG & RASKIN
BY: _____
    Harold D. Steinberg
    Registration No. 17,255
Dated: 5/21/93

'331 - 81

Corporation, and in fact is in many respects higher because of the greater authority of the Procurist with respect to all activities of the Corporation.

In the case of Euroceltique, S.A., which is a Luxembourg Corporation, the position of Procurist is held by Martin Greene who as Procurist signed the terminal disclaimer dated March 5, 1993 in connection with the above application and he did so with full authority to act on behalf of Euroceltique, S.A.

I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the USC and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

_____
Harold D. Steinberg

Dated: May 21, 1993

-2-

'331 - 82



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/800,549 | 11/27/91 | OSHLACK        B | 91-318 |

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

15M1/0614

| EXAMINER | SPEAR, J |
|---|---|
| ART UNIT | PAPER NUMBER |
| 1502 | 11 |

DATE MAILED: 06/14/93

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) James M. Spear       (3) _____

(2) Harold D. Steinberg  (4) _____

Date of interview: 05/20/93

Type: ☒ Telephonic   ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes  ☒ No. If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question.  ☐ was not reached.

Claims discussed: None

Identification of prior art discussed: None

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Discussed Terminal Disclaimer regarding authorized signature. Attorney to submit declaration confirming capacity of Procurist.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature: *James M. Spear*

PTOL-413 (REV. 1-84)

'331 - 83




**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/800,549 | 11/27/91 | OSHLACK | B 91-318 |

| EXAMINER |
|---|
| SPEAR, J |

15M1/0614

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| ART UNIT | PAPER NUMBER |
|---|---|
| 1502 | 12 |

DATE MAILED: 06/14/93

## NOTICE OF ALLOWABILITY

**PART I.**
1. ☒ This communication is responsive to _The amendment filed 03-12-93_
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _1-17_
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
_ Examiner's Amendment
☒ Examiner Interview Summary Record, PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449
_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

PTOL-37 (REV. 4-89)

USCOMM-DC 89-3789

'331 - 84



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

15M1/0614

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/800,549 | 11/27/91 | 017 | SPEAR, J | 1502 | 06/14/93 |

First Named Applicant OSHLACK, BENJAMIN

TITLE OF INVENTION CONTROLLED RELEASE OXYCODONE COMPOSITIONS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 91-318 | 424-468.000 | N93 | UTILITY | NO | $1170.00 | 09/14/93 |

**THE FEE DUE IS THE AMOUNT IN EFFECT AT THIS TIME. IF THE AMOUNT OF THE ISSUE FEE INCREASES PRIOR TO PAYMENT, APPLICANT WILL BE NOTIFIED OF THE BALANCE OF ISSUE FEE DUE.**

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**

**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the patent and Trademark Office of the change in status, or
   B. If the Status is the same, pay the FEE DUE shown above.

   If the SMALL ENTITY is shown as NO:
   A. Pay FEE DUE shown above, or
   B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date) and serial number.
     Please direct all communications prior to issuance to Box ISSUE FEE unless advised to contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

'331 - 85

**PART B—ISSUE FEE TRANSMITTAL**   1170-142

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advances orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise by: (a) specifying a new correspondence address in Block below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notification upon the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

MAIL ROOM SEP 9 1993 PAT & TRADEMARK OFF.

15M1/0614

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)
INVENTOR'S NAME
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 07/800,549 | 11/27/91 | 017 | SPEAR, J. 1502 | 06/14/93 |

First Named Applicant: OSHLACK, BENJAMIN

TITLE OF INVENTION: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 91-1184 | 424-468.000 | N93 | UTILITY | NO | $1170.00 | 09/14/93 |

060 MC 09/14/93 07800549   1-142  1,170.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
(1) NAME OF ASSIGNEE: Euroceltique, S.A.
(2) ADDRESS: (CITY & STATE OR COUNTRY): Luxembourg
(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION: Luxembourg

A. ☐ This application is NOT assigned.
☒ Assignment is being previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

9/7/93

'331 - 86



| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|
| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
| 07/800,549 | 11/27/91 | 424 | 1502 |

APPLICANT: BENJAMIN OSHLACK, NEW YORK, NY; JOHN J. MINOGUE, MOUNT VERNON, NY; MARK CHASIN, MANALPAN, NJ.

**CONTINUING DATA**********************
VERIFIED

——————

**FOREIGN/PCT APPLICATIONS*************
VERIFIED

——————

FOREIGN FILING LICENSE GRANTED 12/12/91

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 0 | 17 | 5 | $ 750.00 | 91-318 |

ADDRESS: STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

TITLE: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as originally filed which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS
Date                     Certifying Officer

'331 - 88

## ISSUE CLASSIFICATION SLIP

**STAPLE AREA**

U.S. GOVERNMENT PRINTING OFFICE 1990-275-917

### ORIGINAL CLASSIFICATION
- CLASS: 424
- SUBCLASS: 468

**APPLICATION SERIAL NUMBER:** 07/800549

**APPLICANT'S NAME:** OSHLACK et al.

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|-------|-----|-----|-----|-----|
| 424 | 469 | 470 | 486 | 487 |
|     | 488 | 494 | 496 | 497 |
|     | 498 | 501 | 502 | 495 |

**INTERNATIONAL CLASSIFICATION (INT. CL. 5):**
- A61K 9/22
- A61K 9/26

**GROUP ART UNIT:** 1502

**ASSISTANT EXAMINER:** James M. Spear

**PRIMARY EXAMINER:** Thurman K. Page

PTO 270 (10-84)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

'331 - 89





INDEX OF CLAIMS

'331 - 91

