

I 138564

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**August 12, 1999**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *08/467,584*
FILING DATE: *June 06, 1995*
PATENT NUMBER: *5,508,042*
ISSUE DATE: *April 16, 1996*

PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)
**PTX 6**

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*T. Wallace*
**T. WALLACE**
**Certifying Officer**

**'042 - 1**

5508042

| SERIAL NUMBER | 08/467,584 | PATENT DATE APR 1 6 1996 | PATENT NUMBER | 5508042 |
|---|---|---|---|---|

GAU 1502                    Cl.424

| SERIAL NUMBER 08/467,584 | FILING DATE 06/06/95 RULE 60 | CLASS 424 | SUBCLASS 486 | GROUP ART UNIT 1502 | EXAMINER WEBMAN |
|---|---|---|---|---|---|

BENJAMIN OSHLACK, NEW YORK, NY; MARK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NJ; ROBERT F. KAIKO, WESTON, CT.

**CONTINUING DATA************************
VERIFIED          THIS APPLN IS A DIV OF    08/081,302 06/18/93
                  WHICH IS A CIP OF          07/800,549 11/27/91 PAT    5,266,331

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 07/27/95

| Foreign priority claimed ☐ yes ☒ no 35 USC 119 conditions met ☐ yes ☒ no | AS FILED | STATE OR COUNTRY NY | SHEETS DRWGS. 5 | TOTAL CLAIMS 2 | INDEP. CLAIMS 2 | FILING FEE RECEIVED $730.00 | ATTORNEY'S DOCKET NO. 20093311.DIV |
|---|---|---|---|---|---|---|---|

Verified and Acknowledged    Examiner's Initials

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

ISSUE FEE IN FILE

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.1)

| FILED SEPARATELY | | CLAIMS ALLOWED | |
|---|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Total Claims | Print Claim |
| 12/26/95 | Assistant Examiner | 2 | 1 |
| ISSUE FEE | | DRAWING | |
| Amount Due $1250 | Date Paid 1/18/96 | Sheets Drwg. 5 | Figs. Drwg. 5 | Print Fig. |
| | EDWARD J. WEBMAN PRIMARY EXAMINER GROUP 1500 Primary Examiner | ISSUE BATCH NUMBER | S26 |
| Label Area | PREPARED FOR ISSUE | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

'042  2

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|
| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
| 08/467,584 | 06/06/95 RULE 60 | 424 | 1502 |

APPLICANT

BENJAMIN OSHLACK, NEW YORK, NY; MARK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NJ; ROBERT F. KAIKO, WESTON, CT.

```
**CONTINUING DATA**********************
   VERIFIED      THIS APPLN IS A DIV OF   08/081,302 06/18/93
                 WHICH IS A CIP OF        07/800,549 11/27/91 PAT  5,266,331
```

```
**FOREIGN/PCT APPLICATIONS***********
   VERIFIED
```

FOREIGN FILING LICENSE GRANTED 07/27/95

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 5 | 2 | 2 | $730.00 | 20093311.DIV |

ADDRESS

STEINBERG RASKIN & DAVIDSON
1140 AVENUE OF THE AMERICAS
NEW YORK NY 10036

TITLE

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____          Certifying Officer

'042 - 3

08/467584

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

D. Gassaway
8-14-95

250 BB 06/27/95 08467584
1 101    730.00 CK 20093311.DIV

PTO-1556
(5/87)

'042 - 4

08/467584

FORM 54 (MODIFIED)
**DIVISIONAL-CONTINUATION PROGRAM APPLICATION**

**TRANSMITTAL FORM**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Docket No.    20093311.DIV

Anticipated Classification of this
application:

Class     514
Subclass  282

Prior application: 08/081,302

Examiner  E. Webman
Art Unit  1502

The Commissioner of                    June 6, 1995
Patents and Trademarks
Washington, D.C. 20231

Sir:

This is a request for filing a divisional application under 35
C.F.R. §1.60 of pending prior application Serial No. 08/081,302,
filed on June 18, 1993.

For: CONTROLLED RELEASE OXYCODONE COMPOSITIONS

1.    [x]  Enclosed is a copy of the prior application including the
           oath or declaration as originally filed and an affidavit
           or declaration verifying it as a true copy.  (See 8 and
           8a for drawing requirements.)

2.    [ ]  Prepare a copy of the prior application.

"Express Mail" mailing label no. TB 639 428 042 US
Date of deposit: June 6, 1995
I hereby certify that this correspondence and/or fee is being
deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above in an envelope addressed to "Commissioner
of Patents and Trademarks, Washington, DC 20231"
STEINBERG, RASKIN & DAVIDSON, P.C.

BY: _Oliver Chorin_

'042 - 5

3.   [X]   The filing fee is calculated below:

| CLAIMS AS FILED IN THE PRIOR APPLICATION LESS ANY CLAIMS CANCELLED BY AMENDMENT BELOW | | | | |
|---|---|---|---|---|
| For | Number filed | Number extra | Rate | Basic fee $730.00 |
| Total claims | 2 - 20 = | 0 | × 22 | 0.00 |
| Independent claims | 2 - 3 = | 0 | × 76 | 0.00 |
| Total filing fee | | | | $730.00 |

4.   [X]   The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment to Account No. 19-4210.  A duplicate copy of this sheet is enclosed.

5.   [X]   A check in the amount of $730.00 is enclosed.

6.   [X]   Cancel in this application original claims 3-11 of the prior application (without prejudice) before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

7.   [X]   Amend the specification by inserting before the first line the sentence: This is a divisional of application Serial No. 08/081,302, filed June 18, 1993, which is a continuation-in-part of U.S. Application Serial No. 07/800,549, filed November 27, 1991, now U.S. Patent No. 5,266,331.

8.   [ ]   Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded to this application.  A duplicate copy of this sheet is enclosed for filing in the prior application file.  (May only be used if signed by person authorized by Rule 138 and before payment of base issue fee.)

8a.      [X] New formal drawings are enclosed.

8b.      [ ] Priority of application in Serial No.  filed on  under 35 U.S.C. §119.

         [ ] The certified copy has been filed in prior application, Serial No.        , filed        .

2

9.  [X]  The prior application is assigned of record to Euroceltique, S.A.

10. [X]  The power of attorney in this prior application is to Harold D. Steinberg, Reg. No. 17,255, Martin G. Raskin, Reg. No. 25,642, and Clifford M. Davidson, Reg. No. 32,728, 1140 Avenue of the Americas, New York, N.Y. 10036.

     a.  [X]  The power appears in the original papers in the prior application.

     b.  [ ]  Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

     c.  [X]  Address all future communications to Steinberg, Raskin & Davidson, P.C. 1140 Avenue of the Americas, New York, N.Y. 10036, Tel. (212) 768-3800.

11. [ ]  A preliminary amendment is enclosed. (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application).

12. [X]  I hereby verify that the attached papers are a true copy of prior application Serial No. 08/081,302, as originally filed on June 18, 1993.

The undersigned declare further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that those statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

By: _____
    Clifford M. Davidson
    Attorney of Record
    Reg. No. 32,728

Steinberg, Raskin & Davidson, P.C.
1140 Avenue of the Americas
New York, New York 10036
(212) 786-3800

B:\20093311.DIV

3

08/467584

1                                          92-515

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

BACKGROUND OF THE INVENTION

Surveys of daily dosages of opioid analgesics
required to control pain suggest that an approximately
eight-fold range in daily dosages is required to control
pain in approximately 90% of patients.  This extraordin-
ary wide range in the appropriate dosage makes the titra-
tion process particularly time consuming and resource
consuming, as well as leaving the patient without
acceptable pain control for an unacceptably long
duration.

In the management of pain with opioid analgesics, it
has been commonly observed and reported that there is
considerable inter-individual variation in the response
to a given dose of a given drug, and, therefore, consid-
erable variability among patients in the dosage of opioid
analgesic required to control pain without unacceptable
side effects.  This necessitates considerable effort on
the part of clinicians in establishing the appropriate
dose in an individual patient through the time consuming
process of titration, which requires careful assessment
of both therapeutic and side effects and dosage adjust-
ments over a period of days and sometimes longer before
the appropriate dosage is determined.  The American Pain
Society's 3rd Edition of Principles of Analgesic Use in
the Treatment of Acute Pain and Cancer Pain explains that
one should "be aware that the optimal analgesic dose
varies widely among patients.  Studies have shown that in
all age groups, there is enormous variability in doses of
opioids required to provide relief, even among opioid
naive patients with identical surgical lesions.... This
great variability underscores the need to write analgesic
orders that include provision for supplementary doses,
and to use intravenous boluses and infusions to provide

"Express Mail" mailing label no. RB 632 223 878 US
Date of Deposit: JUNE 18, 1993
I hereby certify that this correspondence and/or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date
indicated above, in an envelope addressed to: "Commissioner of Patents and Trademarks,
Washington, DC 20231".

STEINBERG & RASKIN

By: _Naomi Graham_
    kls

'042 - 8

2                           92-515

rapid relief of severe pain.... Give each analgesic an
adequate trial by dose titration...before switching to
another drug."

5    An opioid analgesic treatment which acceptably
controls pain over a substantially narrower daily dosage
range would, therefore, substantially improve the
efficiency and quality of pain management.

It has previously been known in the art that con-
10   trolled release compositions of opioid analgesics such as
morphine, hydromorphone or salts thereof could be pre-
pared in a suitable matrix. For example, U.S. Patent No.
4,990,341 (Goldie), also assigned to the assignee of the
present invention, describes hydromorphone compositions
wherein the dissolution rate in vitro of the dosage form,
15   when measured by the USP Paddle Method at 100 rpm in 900
ml aqueous buffer (pH between 1.6 and 7.2) at 37° C, is
between 12.5 and 42.5% (by wt) hydromorphone released
after 1 hour, between 25 and 55% (by wt) released after 2
hours, between 45 and 75% (by wt) released after 4 hours
20   and between 55 and 85% (by wt) released after 6 hours.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide
a method for substantially improving the efficiency and
quality of pain management.
25   It is another object of the present invention to
provide an opioid analgesic formulation which substan-
tially improves the efficiency and quality of pain
management.
It is another object of the present invention to
30   provide a method and formulation(s) which substantially
reduce the approximately eight-fold range in daily
dosages required to control pain in approximately 90% of
patients.

**'042 - 9**

3                                           92-515

It is another object of the present invention to provide a method and formulation(s) which substantially reduce the variability in daily dosages and formulation requirements necessary to control pain in substantially

5   all patients.

It is yet another object of the present invention to provide a method for substantially reducing the time and resources need to titrate patients requiring pain relief on opioid analgesics.

10   It is yet another object of the present invention to provide controlled release opioid formulations which have substantially less inter-individual variation with regard to the dose of opioid analgesic required to control pain without unacceptable side effects.

15   The above objects and others are attained by virtue of the present invention, which is related to a solid controlled release oral dosage form, the dosage form comprising from about 10 to about 40 mg of oxycodone or a salt thereof in a matrix wherein the dissolution rate in vitro of the dosage form, when measured by the USP Paddle

20   Method at 100 rpm in 900 ml aqueous buffer (pH between 1.6 and 7.2) at 37°C is between 12.5 and 42.5% (by wt) oxycodone released after 1 hour, between 25 and 56% (by wt) oxycodone released after 2 hours, between 45 and 75% (by wt) oxycodone released after 4 hours and between 55

25   and 85% (by wt) oxycodone released after 6 hours, the in vitro release rate being substantially independent of pH, such that the peak plasma level of oxycodone obtained in vivo occurs between 2 and 4.5 hours after administration

30   of the dosage form.

USP Paddle Method is the Paddle Method described, e.g., in U.S. Pharmacopoeia XXII (1990).

In the present specification, "substantially independent of pH" means that the difference, at any

35   given time, between the amount of oxycodone released at,

4                                    92-515

e.g., pH 1.6, and the amount released at any other pH,
e.g., pH 7.2 (when measured in vitro using the USP Paddle
Method at 100 rpm in 900 ml aqueous buffer), is 10% (by
weight) or less.  The amounts released being, in all
5  cases, a mean of at least three experiments.

The present invention is further related to a method
for substantially reducing the range in daily dosages re-
quired to control pain in approximately 90% of patients,
comprising administering an oral solid controlled release
10  dosage formulation comprising from about 10 to about 40
mg of oxycodone or a salt thereof, said formulation pro-
viding a mean maximum plasma concentration of oxycodone
from about 6 to about 60 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
15  plasma concentration from about 3 to about 30 ng/ml from
a mean of about 10 to about 14 hours after repeated
"q12h" (i.e., every 12 hour) administration through
steady-state conditions.

The present invention is further related to a method
20  for substantially reducing the range in daily dosages
required to control pain in substantially all patients,
comprising administering an oral solid controlled release
dosage formulation comprising up to about 160 mg of
oxycodone or a salt thereof, said formulation providing a
25  mean maximum plasma concentration of oxycodone up to
about 240 ng/ml from a mean of up to about 2 to about 4.5
hours after administration, and a mean minimum plasma
concentration up to about 120 ng/ml from a mean of about
10 to about 14 hours after repeated "q12h" (i.e., every
30  12 hour) administration through steady-state conditions.

The present invention is further related to con-
trolled release oxycodone formulations comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
formulations providing a mean maximum plasma concentra-
35  tion of oxycodone from about 6 to about 60 ng/ml from a

5                          92-515

mean of about 2 to about 4.5 hours after administration,
and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from about 10 to about 14 hours after
repeated q12h administration through steady-state
5   conditions.

The present invention is further related to con-
trolled release oxycodone formulations comprising up to
about 160 mg oxycodone or a salt thereof, said formula-
tions providing a mean maximum plasma concentration of
10  oxycodone up to about 240 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
plasma concentration up to about 120 ng/ml from about 10
to about 14 hours after repeated q12h administration
through steady-state conditions.

15
            BRIEF DESCRIPTION OF THE DRAWINGS
The following drawings are illustrative of embodi-
ments of the invention and are not meant to limit the
scope of the invention as encompassed by the claims.
20      Figures 1-4 are graphs showing the time-effect
curves for pain intensity differences and pain relief for
Example 17;
        Figure 5 is a graph showing the mean plasma oxy-
codone concentration for a 10 mg controlled release
25  oxycodone formulation prepared in accordance with the
present invention and a study reference standard.


                DETAILED DESCRIPTION
        It has now been surprisingly discovered that the
30  presently claimed controlled release oxycodone formula-
tions acceptably control pain over a substantially
narrower, approximately four-fold (10 to 40 mg every 12
hours - around-the-clock dosing) in approximately 90% of
patients.  This is in sharp contrast to the approximately

6                                    92-515

eight-fold range required for approximately 90% of
patients for opioid analgesics in general.

The use of from about 10 mg to about 40 mg of 12-
hourly doses of controlled-release oxycodone to control
5   pain in approximately 90% of patients relative to a wider
dosage range of other mµ-agonist analgesics, indicated
for moderate to severe pain, is an example of the unique
characteristics of the present invention.  It should also
be appreciated that the remaining 10% of patients would
10  also be successfully managed with 12-hourly controlled-
release oxycodone over a relatively narrower dosage range
than with the use of other similar analgesics.  Substan-
tially all of those remaining 10% of patients not managed
with controlled release oxycodone, 10 mg to 40 mg every
15  12 hours, would be managed using dosages of greater than
40 mg every 12 hours through 160 mg every 12 hours util-
izing any one of a number or multiples of formulation
strengths such as 10, 20, 40, 80 and 160 mg unit dosages
or combinations thereof. In contrast, the use of other
20  similar analgesics such as morphine would require a wider
range of dosages to manage the remaining 10% of patients.
For example, daily dosages of oral morphine equivalents
in the range of 1 gram to more than 20 grams have been
observed.  Similarly, wide dosage ranges of oral hydro-
25  morphone would also be required.

Morphine, which is considered to be the prototypic
opioid analgesic, has been formulated into a 12 hour
controlled-release formulations (i.e., MS Contin®
tablets, commercially available from Purdue Pharma,
30  L.P.).  Despite the fact that both controlled-release
oxycodone and controlled release morphine administered
every 12 hours around-the-clock possess qualitatively
comparable clinical pharmacokinetic characteristics, the
oxycodone formulations of the presently claimed invention
35  can be used over approximately 1/2 the dosage range as

compared to commercially available controlled release
morphine formulations (such as MS Contin®) to control 90%
of patients with significant pain.

Repeated dose studies with the controlled release
5   oxycodone formulations administered every 12 hours in
comparison with immediate release oral oxycodone admin-
istered every 6 hours at the same total daily dose result
in comparable extent of absorption, as well as comparable
maximum and minimum concentrations.  The time of maximum
10  concentration occurs at approximately 2 - 4.5 hours after
oral administration with the controlled-release product
as compared to approximately 1 hour with the immediate
release product.  Similar repeated dose studies with MS
Contin® tablets as compared to immediate release morphine
15  provide for comparable relative results as with the
controlled release oxycodone formulations of the present
invention.

There exists no substantial deviation from paral-
lelism of the dose-response curves for oxycodone either
20  in the forms of the controlled release oxycodone formu-
lations of the present invention, immediate release oral
oxycodone or parenteral oxycodone in comparison with oral
and parenteral opioids with which oxycodone has been
compared in terms of dose-response studies and relative
25  analgesic potency assays.  Beaver, et al., "Analgesic
Studies of Codeine and Oxycodone in Patients with Cancer.
II.  Comparisons of Intramuscular Oxycodone with Intra-
muscular Morphine and Codeine", J. Pharmacol. and Exp.
Ther., Vol. 207, No. 1, pp. 101-108, reported comparable
30  dose-response slopes for parenteral oxycodone as compared
to parenteral morphine and comparable dose-response
slopes for oral as compared to parenteral oxycodone.

A review of dose-response studies and relative
analgesic assays of mu-agonist opioid analgesics, which
35  include oxycodone, morphine, hydromorphone, levorphanol,

methadone, meperidine, heroin, all indicate no signifi-
cant deviation from parallelism in their dose response
relationships. This is so well established that it has
become an underlining principal providing for establish-
5   ing relative analgesic potency factors and dose ratios
which are commonly utilized when converting patients from
one mμ-agonist analgesic to another regardless of the
dosage of the former. Unless the dose-response curves
are parallel, conversion factors would not be valid
10  across the wide range of dosages involved when
substituting one drug for another.

The clinical significance provided by the controlled
release oxycodone formulations of the present invention
at a dosage range from about 10 to about 40 mg every 12
15  hours for acceptable pain management in approximately 90%
of patients with moderate to severe pain, as compared to
other opioid analgesics requiring approximately twice the
dosage range provides for the most efficient and humane
method of managing pain requiring repeated dosing. The
20  expertise and time of physicians and nurses, as well as
the duration of unacceptable pain patients must endure
during the opioid analgesic titration process is substan-
tially reduced through the efficiency of the controlled
release oxycodone formulations of the present invention.

25  It is further clinically significant that a dose of
about 80 mg controlled release oxycodone administered
every 12 hours will provide acceptable pain relief
management in, e.g., approximately 95% of patients with
moderate to severe pain, and that about 160 mg controlled
30  release oxycodone administered every 12 hours will pro-
vide acceptable pain relief management in, e.g., approxi-
mately all patients with moderate to severe pain.

In order to obtain a controlled release drug dosage
form having at least a 12 hour therapeutic effect, it is
35  usual in the pharmaceutical art to produce a formulation

9                              92-515

that gives a peak plasma level of the drug between about
4-8 hours after administration (in a single dose study).
The present inventors have surprisingly found that, in
the case of oxycodone, a peak plasma level at between 2 -
5    4.5 hours after administration gives at least 12 hours
pain relief and, most surprisingly, that the pain relief
obtained with such a formulation is greater than that
achieved with formulations giving peak plasma levels (of
oxycodone) in the normal period of up to 2 hours after
10   administration.

A further advantage of the present composition,
which releases oxycodone at a rate that is substantially
independent of pH, is that it avoids dose dumping upon
oral administration. In other words, the oxycodone is
15   released evenly throughout the gastrointestinal tract.

The present oral dosage form may be presented as,
for example, granules, spheroids or pellets in a capsule
or in any other suitable solid form.  Preferably, how-
ever, the oral dosage form is a tablet.
20   The present oral dosage form preferably contains
between 1 and 500 mg, most especially between 10 and 160
mg, of oxycodone hydrochloride.  Alternatively, the
dosage form may contain molar equivalent amounts of other
oxycodone salts or of the oxycodone base.
25   The present matrix may be any matrix that affords in
vitro dissolution rates of oxycodone within the narrow
ranges required and that releases the oxycodone in a pH
independent manner.  Preferably the matrix is a controll-
ed release matrix, although normal release matrices
30   having a coating that controls the release of the drug
may be used.  Suitable materials for inclusion in a
controlled release matrix are

(a)  Hydrophilic polymers, such as gums, cellulose
ethers, acrylic resins and protein derived materials.  Of
35   these polymers, the cellulose ethers, especially hydroxy-

10                              92-515

alkylcelluloses and carboxyalkylcelluloses, are pre-
ferred.  The oral dosage form may contain between 1% and
80% (by weight) of at least one hydrophilic or
hydrophobic polymer.

5          (b)  Digestible, long chain ($C_8$-$C_{50}$, especially
$C_{12}$-$C_{40}$), substituted or unsubstituted hydrocarbons, such
as fatty acids, fatty alcohols, glyceryl esters of fatty
acids, mineral and vegetable oils and waxes.  Hydrocar-
bons having a melting point of between 25° and 90°C are
10   preferred.  Of these long chain hydrocarbon materials,
fatty (aliphatic) alcohols are preferred.  The oral
dosage form may contain up to 60% (by weight) of at least
one digestible, long chain hydrocarbon.

           (c)  Polyalkylene glycols.  The oral dosage form may
15   contain up to 60% (by weight) of at least one polyalkyl-
ene glycol.

           One particular suitable matrix comprises at least
one water soluble hydroxyalkyl cellulose, at least one
$C_{12}$-$C_{36}$, preferably $C_{14}$-$C_{22}$, aliphatic alcohol and,
20   optionally, at least one polyalkylene glycol.

           The at least one hydroxyalkyl cellulose is prefer-
ably a hydroxy ($C_1$ to $C_6$) alkyl cellulose, such as
hydroxypropylcellulose, hydroxypropylmethylcellulose and,
especially, hydroxyethyl cellulose.  The amount of the at
25   least one hydroxyalkyl cellulose in the present oral
dosage form will be determined, inter alia, by the
precise rate of oxycodone release required.  Preferably
however, the oral dosage form contains between 5% and
25%, especially between 6.25% and 15%  (by wt) of the at
30   least one hydroxyalkyl cellulose.

           The at least one aliphatic alcohol may be, for
example, lauryl alcohol, myristyl alcohol or stearyl
alcohol.  In particularly preferred embodiments of the
present oral dosage form, however, the at least one
35   aliphatic alcohol is cetyl alcohol or cetostearyl

11                    92-515

alcohol. The amount of the at least one aliphatic
alcohol in the present oral dosage form will be
determined, as above, by the precise rate of oxycodone
release required. It will also depend on whether at
5    least one polyalkylene glycol is present in or absent
from the oral dosage form. In the absence of at least
one polyalkylene glycol, the oral dosage form preferably
contains between 20% and 50% (by wt) of the at least one
aliphatic alcohol. When at least one polyalkylene glycol
10   is present in the oral dosage form, then the combined
weight of the at least one aliphatic alcohol and the at
least one polyalkylene glycol preferably constitutes
between 20% and 50% (by wt) of the total dosage.

In one preferred embodiment, the controlled release
15   composition comprises from about 5 to about 25% acrylic
resin and from about 8 to about 40% by weight aliphatic
alcohol by weight of the total dosage form. A particu-
larly preferred acrylic resin comprises Eudragit® RS PM,
commercially available from Rohm Pharma.

20        In the present preferred dosage form, the ratio of,
e.g., the at least one hydroxyalkyl cellulose or acrylic
resin to the at least one aliphatic alcohol/polyalkylene
glycol determines, to a considerable extent, the release
rate of the oxycodone from the formulation. A ratio of
25   the at least one hydroxyalkyl cellulose to the at least
one aliphatic alcohol/polyalkylene glycol of between 1:2
and 1:4 is preferred, with a ratio of between 1:3 and 1:4
being particularly preferred.

The at least one polyalkylene glycol may be, for
30   example, polypropylene glycol or, which is preferred,
polyethylene glycol. The number average molecular weight
of the at least one polyalkylene glycol is preferred
between 1000 and 15000 especially between 1500 and 12000.

Another suitable controlled release matrix would
35   comprise an alkylcellulose (especially ethyl cellulose),

a $C_{12}$ to $C_{36}$ aliphatic alcohol and, optionally, a poly-alkylene glycol.

In addition to the above ingredients, a controlled release matrix may also contain suitable quantities of
5  other materials, e.g. diluents, lubricants, binders, granulating aids, colorants, flavorants and glidants that are conventional in the pharmaceutical art.

As an alternative to a controlled release matrix, the present matrix may be a normal release matrix having
10  a coat that controls the release of the drug.  In particularly preferred embodiments of this aspect of the invention, the present dosage form comprises film coated spheroids containing active ingredient and a non-water soluble spheronising agent.  The term spheroid is known
15  in the pharmaceutical art and means a spherical granule having a diameter of between 0.5 mm and 2.5 mm especially between 0.5 mm and 2 mm.

The spheronising agent may be any pharmaceutically acceptable material that, together with the active in-
20  gredient, can be spheronised to form spheroids.  Micro-crystalline cellulose is preferred.

A suitable microcrystalline cellulose is, for example, the material sold as Avicel PH 101 (Trade Mark, FMC Corporation).  According to a preferred aspect of the
25  present invention, the film coated spheroids contain between 70% and 99% (by wt), especially between 80% and 95% (by wt), of the spheronising agent, especially microcrystalline cellulose.

In addition to the active ingredient and spheron-
30  ising agent, the spheroids may also contain a binder. Suitable binders, such as low viscosity, water soluble polymers, will be well known to those skilled in the pharmaceutical art.  However, water soluble hydroxy lower alkyl cellulose, such as hydroxy propyl cellulose, are
35  preferred.  Additionally (or alternatively) the spheroids

13                            92-515

may contain a water insoluble polymer, especially an
acrylic polymer, an acrylic copolymer, such as a
methacrylic acid-ethyl acrylate copolymer, or ethyl
cellulose.

5       'The spheroids are preferably film coated with a
material that permits release of the oxycodone (or salt)
at a controlled rate in an aqueous medium. The film coat
is chosen so as to achieve, in combination with the other
ingredients, the in-vitro release rate outlined above

10      (between 12.5% and 42.5% (by wt) release after 1 hour,
etc.).
        The film coat will generally include a water
insoluble material such as
        (a) a wax, either alone or in admixture with a fatty

15      alcohol,
        (b) shellac or zein,
        (c) a water insoluble cellulose, especially ethyl
cellulose,
        (d) a polymethacrylate, especially Eudragit®.

20      Preferably, the film coat comprises a mixture of the
water insoluble material and a water soluble material.
The ratio of water insoluble to water soluble material is
determined by, amongst other factors, the release rate
required and the solubility characteristics of the

25      materials selected.
        The water soluble material may be, for example,
polyvinylpyrrolidone or, which is preferred, a water
soluble cellulose, especially hydroxypropylmethyl
cellulose.

30      Suitable combinations of water insoluble and water
soluble materials for the film coat include shellac and
polyvinylpyrrolidone or, which is preferred, ethyl
cellulose and hydroxypropylmethyl cellulose.
        In order to facilitate the preparation of a solid,

35      controlled release, oral dosage form according to this

'042 - 20

14                          92-515

invention there is provided, in a further aspect of the
present invention, a process for the preparation of a
solid, controlled release, oral dosage form according to
the present invention comprising incorporating hydro-
5   morphone or a salt thereof in a controlled release
matrix.  Incorporation in the matrix may be effected, for
example, by
        (a)  forming granules comprising at least one water
soluble hydroxyalkyl cellulose and oxycodone or a
10  oxycodone salt,
        (b)  mixing the hydroxyalkyl cellulose containing
granules with at least one $C_{12}$–$C_{36}$ aliphatic alcohol, and
        (c)  optionally, compressing and shaping the
granules.  Preferably, the granules are formed by wet
15  granulating the hydroxyalkyl cellulose/oxycodone with
water.  In a particularly preferred embodiment of this
process, the amount of water added during the wet
granulation step is preferably between 1.5 and 5 times,
especially between 1.75 and 3.5 times, the dry weight of
20  the oxycodone.
        The present solid, controlled release, oral dosage
form may also be prepared, in the form of film coated
spheroids, by
        (a)  blending a mixture comprising oxycodone or a
25  oxycodone salt and a non-water soluble spheronising
agent,
        (b)  extruding the blended mixture to give an
extrudate,
        (c)  spheronising the extrudate until spheroids are
30  formed, and
        (d)  coating the spheroids with a film coat.
        The present solid, controlled release, oral dosage
form and processes for its preparation will now be
described by way of example only.

35

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate various aspects of
the present invention. They are not meant to be con-
strued to limit the claims in any manner whatsoever.

5

EXAMPLE 1

Controlled Release Oxycodone HCl 30 mg Tablets

– Aqueous Manufacture

The required quantities of oxycodone hydrochloride,
10  spray-dried lactose, and Eudragit® RS PM are transferred
into an appropriate-size mixer, and mixed for approxi-
mately 5 minutes. While the powders are mixing, the
mixture is granulated with enough water to produce a
moist granular mass. The granules are then dried in a
15  fluid bed dryer at 60°C, and then passed through an
8-mesh screen. Thereafter, the granules are redried and
pushed through a 12-mesh screen. The required quantity
of stearyl alcohol is melted at approximately 60-70°C,
and while the granules are mixing, the melted stearyl
20  alcohol is added. The warm granules are returned to the
mixer.

The coated granules are removed from the mixer and
allowed to cool. The granules are then passed through a
12-mesh screen. The granulate is then lubricated by
25  mixing the required quantity of talc and magnesium
stearate in a suitable blender. Tablets are compressed
to 375 mg in weight on a suitable tableting machine. The
formula for the tablets of Example 1 is set forth in
Table 1 below:

30

TABLE 1

Formula of Oxycodone HCl 30-mg Tablets

| Component | mg/Tablet | % (by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 30.0 | 8 |
| Lactose (spray-dried) | 213.75 | 57 |
| 35  Eudragit® RS PM | 45.0 | 12 |

16                          92-515

| | | |
|---|---|---|
| Purified Water | q.s* | -- |
| Stearyl Alcohol | 75.0 | 20 |
| Talc | 7.5 | 2 |
| Magnesium Stearate | 3.75 | 1 |
| 5          Total: | 375.0 | 100 |

*Used in manufacture and remains in final product as residual quantity only.

The tablets of Example 1 are then tested for dis-
solution via the USP Basket Method, 37°C, 100 RPM, first
10 hour 700 ml gastric fluid at pH 1.2, then changed to 900
ml at 7.5. The results are set forth in Table 2 below:

TABLE 2

Dissolution of Oxycodone 30 mg Controlled Release Tablets

| Time | % Oxycodone Dissolved |
|---|---|
| 1 | 33.1 |
| 2 | 43.5 |
| 4 | 58.2 |
| 8 | 73.2 |
| 12 | 81.8 |
| 18 | 85.8 |
| 24 | 89.2 |

EXAMPLE 2

Controlled Oxycodone HCl 10 mg

Release Tablets - Organic Manufacture

The required quantities of oxycodone hydrochloride
and spray dried lactose are transferred into an appro-
priate sized mixer and mix for approximately 6 minutes.
Approximately 40 percent of the required Eudragit® RS PM
30 powder is dispersed in Ethanol. While the powders are
mixing, the powders are granulated with the dispersion
and the mixing continued until a moist granular mass is
formed. Additional ethanol is added if needed to reach
granulation end point. The granulation is transferred to
35 a fluid bed dryer and dried at 30°C; and then passed

through a 12-mesh screen.  The remaining Eudragit® RS PM
is dispersed in a solvent of 90 parts ethanol and 10
parts purified water; and sprayed onto the granules in
the fluid bed granulator/dryer at 30°C.  Next, the granu-
5  late is passed through a 12-mesh screen.  The required
quantity of stearyl alcohol is melted at approximately
60-70°C.  The warm granules are returned to the mixer.
While mixing, the melted stearyl alcohol is added.  The
coated granules are removed from the mixer and allowed to
10  cool.  Thereafter, they are passed through a 12-mesh
screen.

   Next, the granulate is lubricated by mixing the
required quantities of talc and magnesium stearate in a
suitable blender.  The granulate is then compressed to
15  125 mg tablets on a suitable tableting machine.

   The formula for the tablets of Example 2 (10 mg con-
trolled release oxycodone) is set forth in Table 3 below:

Table 3

Formula of Oxycodone HCl 10 mg Controlled Release Tablets

| Component | Mg/Tablet | Percent (by wt) |
|---|---|---|
| Oxycodone hydrochloride | 10.00 | 8 |
| Lactose (spray-dried) | 71.25 | 57 |
| Eudragit® RS PM | 15.00 | 12 |
| Ethanol | q.s.* | -- |
| Purified Water | q.s.* | -- |
| Stearyl Alcohol | 25.00 | 20 |
| Talc | 2.50 | 2 |
| Magnesium stearate | 1.25 | 1 |
| Total: | 125.00 mg | 100 |

30  *Used only in the manufacture and remains in final
product as residual quantity only.

   The tablets of Example 2 are then tested for dis-
solution via USP Basket Method at 37°C, 100 RPM, first

18                          92-515

hour 700 ml simulated gastric (pH 1.2) then changed to
900 ml at pH 7.5.

The results are set forth in Table 4 below:

Table 4

Dissolution of Oxycodone 10 mg

Controlled Release Tablets

| Hour | % Dissolved |
|------|-------------|
| 1    | 35.9        |
| 2    | 47.7        |
| 4    | 58.5        |
| 8    | 67.7        |
| 12   | 74.5        |
| 18   | 76.9        |
| 24   | 81.2        |

EXAMPLES 3 ~ 4

Controlled Release Oxycodone

10 and 20 mg Tablets (Aqueous Manufacture)

Eudragit® RS 30D and Triacetin® are combined while
passing though a 60 mesh screen, and mixed under low
shear for approximately 5 minutes or until a uniform
dispersion is observed.

Next, suitable quantities of Oxycodone HCl, lactose,
and povidone are placed into a fluid bed granulator/dryer
(FBD) bowl, and the suspension sprayed onto the powder in
the fluid bed. After spraying, the granulation is passed
through a #12 screen if necessary to reduce lumps. The
dry granulation is placed in a mixer.

In the meantime, the required amount of stearyl
alcohol is melted at a temperature of approximately 70°C.
The melted stearyl alcohol is incorporated into the
granulation while mixing. The waxed granulation is
transferred to a fluid bed granulator/dryer or trays and
allowed to cool to room temperature or below. The cooled
granulation is then passed through a #12 screen. There-

'042 - 25

19                        92-515

after, the waxed granulation is placed in a mixer/blender and lubricated with the required amounts of talc and magnesium stearate for approximately 3 minutes, and then the granulate is compressed into 125 mg tablets on a suitable tableting machine.

The formula for the tablets of Example 3 is set forth in Table 5 below:

Table 5

Formula of Controlled Release Oxycodone 10 mg Tablets

| Component | Mg/Tablet | %(by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 10.0 | 8.0 |
| Lactose (spray dried) | 69.25 | 55.4 |
| Povidone | 5.0 | 4.0 |
| Eudragit® RS 30D (solids) | 10.0* | 8.0 |
| Triacetin® | 2.0 | 1.6 |
| Stearyl Alcohol | 25.0 | 20.0 |
| Talc | 2.5 | 2.0 |
| Magnesium Stearate | 1.25 | 1.0 |
| Total: | 125.0 | 100.0 |

*Approximately 33.33 mg Eudragit® RS 30D Aqueous dispersion is equivalent to 10 mg of Eudragit® RS 30D dry substance.

The tablets of Example 3 are then tested for dissolution via the USP Basket Method at 37°C, 100 RPM, first hour 700 ml simulated gastric fluid at pH 1.2, then changed to 900 ml at pH 7.5. The results are set forth in Table 6 below:

Table 6

Dissolution of Oxycodone 10 mg
Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 38.0 |
| 2 | 47.5 |
| 4 | 62.0 |
| 8 | 79.8 |

|     | 20 | 92-515 |
|-----|----|--------|
|     | 12 | 91.1   |
|     | 18 | 94.9   |
|     | 24 | 98.7   |

The formula for the tablets of Example 4 is set
5  forth in Table 7 below:

Table 7

Formula of Controlled Release Oxycodone 20 mg Tablets

| Component | Mg/Tablet |
|-----------|-----------|
| Oxycodone Hydrochloride | 20.0 |
| Lactose (spray dried) | 59.25 |
| Povidone | 5.0 |
| Eudragit® RS 30D (solids) | 10.0* |
| Triacetin® | 2.0 |
| Stearyl Alcohol | 25.0 |
| Talc | 2.5 |
| Magnesium Stearate | 1.25 |
| Total: | 125.0 |

The tablets of Example 4 are then tested for
20  dissolution via the USP Basket Method at 37°C, 100 RPM,
first hour 700 ml simulated gastric fluid at pH 1.2, then
changed to 900 ml at pH 7.5.  The results are set forth
in Table 8 below:

Table 8

Dissolution of Oxycodone 20 mg Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|------|-----------------------|
| 1 | 31 |
| 2 | 44 |
| 4 | 57 |
| 8 | 71 |
| 12 | 79 |
| 18 | 86 |
| 24 | 89 |

21                          92-515

### EXAMPLES 5-6

In Example 5, 30 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 1.

In Example 6, 10 mg controlled release oxycodone hydrochloride tablets are prepared according to the process set forth in Example 2.

Thereafter, dissolution studies of the tablets of Examples 5 and 6 are conducted at different pH levels, namely, pH 1.3, 4.56, 6.88 and 7.5.

The results are provided in Tables 9 and 10 below:

### Table 9 - Example 5
### Percentage Oxycodone HCl
### 30 mg Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|-------|-------|
| 1.3 | 29.5 | 43.7 | 61.8 | 78.9 | 91.0 | 97.0 | 97.1 |
| 4.56 | 34.4 | 49.1 | 66.4 | 82.0 | 95.6 | 99.4 | 101.1 |
| 6.88 | 33.8 | 47.1 | 64.4 | 81.9 | 92.8 | 100.5 | 105.0 |
| 7.5 | 27.0 | 38.6 | 53.5 | 70.0 | 81.8 | 89.7 | 96.6 |

### Table 10 - Example 6
### Percentage Oxycodone HCl - 10 mg
### Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|------|------|
| 1.3 | 25.9 | 41.5 | 58.5 | 73.5 | 85.3 | 90.7 | 94.2 |
| 4.56 | 37.8 | 44.2 | 59.4 | 78.6 | 88.2 | 91.2 | 93.7 |
| 6.88 | 34.7 | 45.2 | 60.0 | 75.5 | 81.4 | 90.3 | 93.9 |
| 7.5 | 33.2 | 40.1 | 51.5 | 66.3 | 75.2 | 81.7 | 86.8 |

### EXAMPLES 7-12

In Examples 7-12, 4 mg and 10 mg oxycodone HCl tablets were prepared according to the formulations and methods set forth in the assignee's U.S. Patent No. 4,990,341.

In Example 7, oxycodone hydrochloride (10.00 gm) was wet granulated with lactose monohydrate (417.5 gm) and hydroxyethyl cellulose (100.00 gm), and the granules were sieved through a 12 mesh screen. The granules were then dried in a fluid bed dryer at 50° C and sieved through a 16 mesh screen.

Molten cetostearyl alcohol (300.0 gm) was added to the warmed oxycodone containing granules, and the whole was mixed thoroughly. The mixture was allowed to cool in the air, regranulated and sieved through a 16 mesh screen.

Purified Talc (15.0 gm) and magnesium stearate (7.5 gm) were then added and mixed with the granules. The granules were then compressed into tablets.

Example 8 is prepared in the same manner as Example 7; however, the formulation includes 10 mg oxycodone HCl/tablet. The formulas for Examples 7 and 8 are set forth in Tables 11 and 12, respectively.

### Table 11
### Formulation of Example 7

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |
| Cetostearyl alcohol | 120.0 | 300.0 |
| Purified talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

### Table 12
### Formulation of Example 8

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |

|                    | 23    | 92-515 |
|--------------------|-------|--------|
| Cetostearyl alcohol | 120.0 | 300.0  |
| Talc               | 6.0   | 15.0   |
| Magnesium stearate | 3.0   | 7.5    |

5    In Example 9, 4 mg oxycodone HCl controlled release tablets are prepared according to the excipient formula cited in Example 2 of U.S. Patent No. 4,990,341. The method of manufacture is the same as set forth in Examples 7 and 8 above. Example 10 is prepared according to
10   Example 9, except that 10 mg oxycodone HCl is included per tablet. The formulas for Examples 9 and 10 are set forth in Tables 13 and 14, respectively.

### Table 13
#### Formulation of Example 9

| Ingredient | mg/tablet | g/batch |
|------------|-----------|---------|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Anhydrous Lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

### Table 14
#### Formulation of Example 14

| Ingredient | mg/tablet | g/batch |
|------------|-----------|---------|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Hydrous lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

In Example 11, oxycodone 4 mg controlled release tablets are prepared with the same excipient formula
35   cited in Example 3 of U.S. patent No. 4,990,341.

24                              92-515

Oxycodone hydrochloride (32.0 gm) was wet granulated with lactose monohydrate (240.0 gm) hydroxyethyl cellulose (80.0 gm) and methacrylic acid copolymer (240.0 gm, Eudragit® L-100-55), and the granules were sieved through

5  a 12 mesh screen.  The granules were then dried in a Fluid Bed Dryer at 50° C and passed through a 16 mesh screen.

The warmed oxycodone containing granules was added molten cetostearyl alcohol (240.0 gm), and the whole was

10  mixed thoroughly.  The mixture was allowed to cool in the air, regranulated and sieved through a 16 mesh screen. The granules were then compressed into tablets.

Example 12 is prepared in identical fashion to Example 11, except that 10 mg oxycodone HCl is included

15  per tablet.  The formulations for Examples 11 and 12 are set forth in Tables 15 and 16, respectively.

Table 15
Formulation of Example 11

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 32.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

Table 16
Formulation of Example 12

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 80.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

25                                        92-515

Next, dissolution studies were conducted on the
tablets of Examples 7-12 using the USP basket method as
described in the U.S. Pharmacopoeia XXII (1990). The
speed was 100 rpm, the medium was simulated gastric fluid
5    for the first hour followed by simulated intestinal fluid
thereafter, at a temperature of 37° C. Results are given
in Table 17.

TABLE 17

DISSOLUTION STUDIES OF EXAMPLES 7-12

10

| Time   | % Oxycodone Dissolved |        |        |         |         |         |
|--------|-------|-------|-------|---------|---------|---------|
| (hrs)  | Ex. 7 | Ex. 8 | Ex. 9 | Ex. 10  | Ex. 11  | Ex. 12  |
| 1      | 23.3  | 25.5  | 28.1  | 29.3    | 31.3    | 40.9    |
| 2      | 35.6  | 37.5  | 41.5  | 43.2    | 44.9    | 55.6    |
| 4      | 52.9  | 56.4  | 61.2  | 63.6    | 62.1    | 74.2    |
| 8      | 75.3  | 79.2  | 83.7  | 88.0    | 82.0    | 93.9    |
| 12     | 90.7  | 94.5  | 95.2  | 100.0   | 91.4    | 100.0   |

T 25%

EXAMPLES 13-16

Clinical Studies

20        In Examples 13-16, randomized crossover bioavail-
ability studies were conducted employing the formulation
of Examples 2 (organic manufacture) and 3 (aqueous
manufacture).

25        In Example 13, a single dose fast/fed study was
conducted on 24 subjects with oxycodone tablets prepared
according to Example 3.

In Example 14, a steady-state study was conducted on
23 subjects after 12 hours with oxycodone tablets pre-
30   pared according to Example 2, and compared to a 5 mg
oxycodone immediate-release solution.

In Example 15, a single dose study was conducted on
22 subjects using oxycodone tablets prepared according to
Example 3, and compared to a 20 mg oxycodone immediate
35   release solution.

26                        92-515

In Example 16, a 12 subject single-dose study was conducted using 3 x 10 mg oxycodone tablets prepared according to Example 3, and compared to a 30 mg oxycodone immediate release solution.

5      The results of Examples 13—16 are set forth in Table 18.

### Table 18

| Example | Dosage | AUC ng/ml/hr | Cmax ng/ml | Tmax hr |
|---------|--------|------|------|------|
| 13 | 10 mg CR Fast | 63 | 6.1 | 3.8 |
|    | 10 mg CR Fed | 68 | 7.1 | 3.6 |
| 14 | 5 mg IR q6h | 121 | 17 | 1.2 |
|    | 10 mg CR q12h | 130 | 17 | 3.2 |
| 15 | 20 mg IR | 188 | 40 | 1.4 |
|    | 2 x 10 mg CR | 197 | 18 | 2.6 |
| 16 | 30 mg IR | 306 | 53 | 1.2 |
|    | 3 x 10 mg CR | 350 | 35 | 2.6 |
|    | 30 mg CR | 352 | 36 | 2.9 |

IR denotes immediate-release oxycodone solution.
20   CR denotes controlled-release tablets

### EXAMPLE 17
### CLINICAL STUDIES

In Example 17, a single dose, double blind, random-
25  ized study determined the relative analgesic efficacy, the acceptability, and relative duration of action of an oral administration of controlled release oxycodone 10, 20 and 30 mg prepared according to the present invention (CR OXY) compared to immediate release oxycodone 15 mg
30  (IR OXY), immediate release oxycodone 10 mg in combina-tion with acetaminophen 650 mg (IR OXY/APAP) and placebo in 180 patients with moderate or severe pain following abdominal or gynecological surgery. Patients rated their pain intensity and pain relief hourly for up to 12 hours
35  postdosing. Treatments were compared using standard

'042 - 33

scales for pain intensity and relief, and onset and
duration of pain relief.

All active treatments were significantly superior to
placebo for many of the hourly measures, and for sum pain
5  intensity differences (SPID) and total pain relief
(TOTPAR). A dose response was seen among the 3 dose
levels of CR OXY for pain relief and peak pain intensity
difference (PID), with CR OXY 20mg and 30 mg being
significantly better than the 10 mg dose. IR OXY was
10  significantly superior to CR OXY 10 mg at hr 1 and 2. IR
OXY/APAP was significantly superior to the 3 doses of CR
OXY at hr 1, and to CR OXY 10 mg at hrs 2 through 5.
Onset time was significantly shorter for the IR OXY and
IR OXY/APAP treatment groups in comparison to the 3 CR
15  OXY treatments. The distribution functions for duration
of relief revealed significantly longer duration of
relief for the three CR OXY doses than for IR OXY and IR
OXY/APAP. No serious adverse experiences were reported.
The results are more particularly reported in Table 19
20  below.

TABLE 19

PATIENT DISPOSITION

TREATMENT GROUP

| | IR OXY 15mg | PLACEBO | CR OXY 10mg | 20mg | 30mg | 2 PERC[*] | TOTAL |
|---|---|---|---|---|---|---|---|
| Enrolled and Randomized to Study Treatment | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Entered the Study Treatment Phase | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Completed the Study | 31 | 30 | 30 | 30 | 30 | 30 | 181 |

'042 - 34

28                                                    92-515

Discontinued
from the Study    0    1        0    0    0    0        1

5   Excluded from
    Efficacy
    Analysis
    -Vomited
    prior to
    1 hr post dose  0    1        0    0    0    0        1

10  -Inadvertently
    received
    rescue during
    study          1    0        0    0    0    0        1

15  Analysis
    Population:
    -Evaluable for
    Safety and
20  Efficacy       30   30       30   30   30   30      180

    -Evaluable for
    Safety         31   31       30   30   30   30      182

25  * 2 tablets of Percocet®
        The time-effect curves for pain intensity, pain
    intensity differences and pain relief are shown in
    Figures 1-4. CR OXY 10 mg had significantly (p < .05)
    lower pain intensity scores than the placebo-treated
30  patients at hours 3-11 and lower pain scores than IR OXY
    15 mg and Percocet® at hour 10. CR OXY 20 mg has sig-
    nificantly (p < .05) lower pain intensity scores compared
    to placebo at hours 2 - 11 and significantly (p < .05)
    lower pain scores than CR OXY 10 mg, IR OXY 15 mg and
    Percocet at hours 9-11. CR OXY 30 mg had significantly
35  (p < .05) lower pain scores than placebo at hours 2-11
    and lower pain scores than CR OXY 10 mg at hours 2, 3,
    and 5 and lower scores than Percocet® at hour 10.
        For hourly pain relief scores categorical and visual
40  analog scales (CAT and VAS), CR OXY 10 mg had signifi-
    cantly (p < .05) higher pain relief scores than IR OXY and
    at hours 3-11 and higher relief scores than
    Percocet® at hour 10 (and Percocet® at hour 11). CR OXY

29                              92-515

20 mg had significantly (p < .05) higher relief scores than placebo at hours 2-12 and higher relief scores than Percocet® at hours 9-12. In addition, CR OXY had significantly (p < .05) higher pain relief than IR OXY at

5    hours 10-12. CR OXY 30 mg had significantly (p < .05) higher pain relief scores than placebo at hours 2-12 and higher scores than Percocet® at hours 9-12 and IR OXY 15 mg at hour 10.

          Each treatment group was significantly (p < .05)

10   better than placebo with respect to the sum of the pain intensity differences (SPID) and total pain relief (TOTPAR).

          Duration of pain relief as measured by the patient stopwatch method showed that CR OXY 10 mg, 20 mg and 30

15   mg had significantly (p < .05) longer duration of action compared to IR OXY 15 mg and 2 tablets Percocet®. In addition, the three controlled-release formulations had significantly (p < .05) longer times to remedication compared to Percocet®.

20        Before remedication, a total of 104 (57%) of patients reported 120 adverse experiences. The most common were somnolence, fever, dizziness and headache.

          Based upon the results of this study it is concluded that the controlled release oxycodone formulations of the

25   present invention relieve moderate to severe post-operative pain, e.g., due to abdominal or gynecological surgery in women. There is a dose response noted in which placebo < 10 mg < 20 mg < 30 mg CR OXY following a single dose. Onset of action occurred in one hour with

30   peak effects noted from 2 to 5 hours and a duration of effect from 10 to 12 hours. In the chronic pain situation steady state dosing may prolong this effect. Side effects are expected and easily managed. Headache may be related to dose. Dizziness and somnolence were reported.



IR OXY 15 mg has an intermediate peak effect compared to controlled release oxycodone. Its duration of action is shorter (6-8 hours). Percocet® is quite effective in terms of onset, peak effect and safety. The
5   duration of action is 6-8 hours.

In summary, CR OXY was clearly an effective oral analgesic, with a slower onset but a longer duration of effect than either IR OXY or IR OXY/APAP.

10                          EXAMPLE 18
                        CLINICAL STUDIES

In Example 18, a steady state crossover trial was conducted in 21 normal male subjects comparing

a.   CR OXY 10 mg administered every 12 hours
15   (q12h); and

b.   Roxicodone® oral solution 5 mg (ROX) administered every 6 hours (q6h),

Treatment (b) was the study reference standard. The average age was 34 years, height 176 cm and weight 75 kg.
20   No unusual features were noted about the group.

Figure 5 shows the mean plasma oxycodone concentrations for the two formulations over the 12 hour dosing interval. The results are summarized in Table 18 in terms of mean values, ratios of mean values and 90%
25   confidence intervals.

As inspection of Table 18 reveals, with one exception, no significant differences were detected between the two formulations. The single exception is the mean $t_{max}$ for CR OXY of 3.18 hours which, as expected for a
30   controlled release formulation, significantly exceeded the ROX mean of 1.38 hours. Mean AUC-based bioavailability, (ROX = 100%) was 104.4% with 90% confidence limits of 90.9 to 117.9%. Thus, the FDA specification of ±20% is met so that the study results support an
35   assertion of equal oxycodone availability.

30

31                                    92-515

## TABLE 20

SUMMARY OF PHARMACOKINETIC PARAMETERS FOR OXYCODONE
FOLLOWING A SINGLE DOSE OF CR OXY (10mg q12H)
AND ROXICODONE® ORAL SOLUTION (5mg q6h)

| PARAMETER | CR OXY | ROXICODONE SOLUTION | OXY/ROXI (%) | 90% CI[*] |
|---|---|---|---|---|
| $C_{max}$ (ng/mL) | | | | |
| ARITH.MEAN(SD) | 15.11(4.69) | 15.57(4.41) | 97.08 | 85.59–108.50 |
| GEOMETRIC MEAN | 14.43 | 15.01 | 95.14 | |
| $C_{min}$ (ng/mL) | | | | |
| ARITH.MEAN(SD) | 6.24(2.64) | 6.47(3.07) | 96.41 | 80.15–112.74 |
| GEOMETRIC MEAN | 5.62 | 5.83 | 96.48 | |
| $t_{max}$ (hrs) | | | | |
| ARITH.MEAN (SD) | 3.18(2.21) | 1.38(0.71)* | 230.17 | 160.71–298.71 |
| AUC(0-12 hrs) | | | | |
| ARITH. MEAN(SD) | 103.50(40.03) | 99.10(35.04) | 104.44 | 90.92–117.94 |
| GEOMETRIC MEAN | 97.06 | 93.97 | 103.29 | |
| %Swing | | | | |
| ARITH.MEAN (SD) | 176.36(139.0) | 179.0(124.25) | 98.53 | 62.06–134.92 |
| %Fluctuation | | | | |
| ARITH. MEAN(SD) | 108.69(38.77) | 117.75 (52.47) | 92.22 | 76.81–107.57 |
| End Point | | | | |
| ARITH. MEAN(SD) | -1.86(2.78) | -1.86(2.19) | 99.97 | 117.77–22.23 |

*90% Confidence Interval
--Significant Difference p < 0.05

T3(0)X

31

## EXAMPLE 19
## CLINICAL STUDIES

In Example 19, twenty-four normal, healthy male sub-
jects were enrolled in a randomized single-dose two-way
crossover study to compare the plasma oxycodone concen-
trations obtained after dosing with two controlled-
release oxycodone 10 mg tablets versus 20 mg (20 ml of 5
mg/5 ml) of immediate release (IR) oxycodone hydro-
chloride solution. Twenty-three subjects completed the
study and were eligible for analysis.

32                    92-515

Plasma oxycodone concentrations were determined by a
high performance liquid chromatographic procedure. Arith-
metic Mean $C_{max}$, $t_{max}$, AUC, and half-lives calculated from
individual plasma oxycodone concentration-versus-time
data are set forth in Table 21:

TABLE 21

| Pharmaco-kinetic Parameter | Reference Product IR Oxycodone 20 mg | Test Product CR Oxycodone 2 x 10 mg F. (%) | | 90% Confidence Interval |
|---|---|---|---|---|
| $C_{max}$ (ng/ml) | 41.60 | 18.62 | 44.75 | 32.5-57.0 |
| $t_{max}$ (hours) | 1.30 | 2.62 | 200.83 | 169.8-232.6 |
| AUC (0-36) (mg x hr/ml) | 194.35 | 199.62 | 102.71 | 89.5-115.9 |
| AUC (0-∞) (ng x hr/ml) | 194.38 | 208.93 | 107.49 | 92.9-121.9 |
| $t_{\frac{1}{2}(elim)}$ (hrs) | 3.21 | 7.98* | 249.15 | 219.0-278.8 |
| $t_{\frac{1}{2}(abs)}$ (hrs) | 0.35 | 0.92* | 264.17 | 216.0-310.7 |

F. % =   Oral bioavailability
         (CR oxycodone 2 x 10 mg/IR oxycodone 20 mg)
         *Statistically significant (p = 0.0001)

For $C_{max}$, $t_{max}$, $t_{\frac{1}{2}(elim)}$ and $t_{\frac{1}{2}(abs)}$ there were
statistically significant differences between the CR OXY
and IR OXY.  There were no statistically significant
differences between the two treatments in the extent of
absorption [AUC (0,36), AUC (0,∞)].  The 90% confidence

interval for CR OXY relative to IR OXY relative was 89.5%
- 115.9% for AUC (0,36) and 92.9% - 121.9% for AUC (0,∞).
Based on the 90% confidence interval analysis, the
controlled-release oxycodone tablets were equivalent in
5   extent of absorption (AUC 0,36) to the immediate-release
oxycodone solution.  The controlled-release oxycodone
absorption was slower by approximately 1.3 hours.  No
statistically significant differences were noted between
the two treatments with reference to adverse experiences,
10  none of which were considered clinically unusual for
opiates for this type of study.

The above studies demonstrate a significant
dose-response relationship utilizing the controlled
release oxycodone formulations of the present invention
15  at dosages of 10, 20 and 30 mg which does not deviate
from parallelism with dose-response slopes for MS Contin
in similarly designed well-controlled analgesic efficacy
studies of MS Contin reported by Kaiko R.S., Van Wagoner
D., Brown J., et al., "Controlled-Release Oral Morphine
20  (MS Contin® Tablets, MSC) in Postoperative Pain.", Pain
Suppl., 5:S149 1990, who compared 30, 60, 90, and 120 mg
of MS Contin as compared with 10 mg of intramuscular
morphine and placebo and Bloomfield, et al., "Analgesic
Efficacy and Potency of Two Oral Controlled-Release Mor-
25  phine Preparations", Clinical Pharmacology & Therapeu-
tics, (in press), who compared 30 and 90 mg of MS Contin
as compared to 30 and 90 mg of another controlled-release
oral morphine preparation, Oramorph SR 30 mg tablets.

The examples provided above are not meant to be
30  exclusive.  Many other variations of the present
invention would be obvious to those skilled in the art,
and are contemplated to be within the scope of the
appended claims.