## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re: OXYCONTIN ANTITRUST LITIGATION**

This Document Relates To:

    Louisiana Wholesale Drug Co., Inc.,
    Civil Action No. 04-CV-00229 (SHS)

    Rochester Drug Cooperative, Inc.,
    Civil Action No. 04-CV-00327 (SHS)

    Meijer, Inc.,
    Civil Action No. 04-CV-00494 (SHS)

    Valley Wholesale Drug Co., Inc.,
    Civil Action No. 04-CV-01014 (SHS)

    SAJ Distributors, Inc.
    Civil Action No. 04-CV-01354 (SHS)

    Walgreen, et.al,
    Civil Action No. 04-CV-01446 (SHS)

    Albertson's, et.al.,
    Civil Action No. 04-CV-09649 (SHS)

    CVS Pharmacy, Inc and Rite Aid Corporation,
    Civil Action No. 04-CV-03719 (SHS)

    NeighborCare, Inc.,
    Civil Action No. 04-CV-03156 (SHS)

    Care Pharmacies, Inc.
    Civil Action No. 04-CV-3890 (SHS)

    Medic Drug, Inc.
    Civil Action No. 04-CV-04574 (SHS)

04-MDL-1603 (SHS)

<u>ECF CASE</u>

## DIRECT PURCHASER CLASS PLAINTIFFS' AND
## NON-CLASS PLAINTIFFS' JOINT MOTION TO LIFT THE STAY

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Direct

Purchaser Class Plaintiffs' and Non-Class Direct Plaintiffs' will move this Court, before the

Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, Room 1010, New

York, New York as soon as counsel may be heard, for an Order lifting the stay in the Direct

Purchaser antitrust litigation.

Date: February 22, 2008

Respectfully submitted,

By: /s/ Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein (BG 2726)
Barry S. Taus (BT 7591)
Brett Cebulash (BC 0044)
Kevin Landau (KL 5728)
1501 Broadway, Suite 1416
New York, NY 10036
Tel. 212-398-0055
Fax 212-764-6620
*Co-Lead Counsel for Direct Purchaser Class*

By: /s/ Scott E. Perwin
KENNY NACHWALTER, P.A.
Scott E. Perwin
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Direct Purchaser Non-Class Plaintiffs*
*Walgreen, Albertson's, et. al.*

**Additional Counsel for Plaintiffs' in Direct Purchaser Class and Non-Class Cases:**

**Louisiana Wholesale Drug Co., Inc., Civil Action No. 04-CV-00229 (SHS)**

GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein (BG 2726)
Barry S. Taus (BT 7591)
Brett Cebulash (BC 0044)
Kevin Landau (KL 5728)
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

ODOM & DES ROCHES, L.L.P.
John Gregory Odom
Stuart E. Des Roches
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

SMITH FOOTE, L.L.P.
David P. Smith
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

THE CALVIN LAW FIRM, P.C.
Aubrey Calvin
Niels Esperson Building, Suite 2300
808 Travis Street, P.O. Box 61586
Houston, TX 77002-1586
Tel: (713) 224-5771
Fax: (713) 225-0038

KOZYAK TROPIN & THROCKMORTON,
P.A.
Adam M. Moskowitz
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2335
Tel:    (305) 372-1800
Fax:    (305) 372-3508

**Rochester Drug Cooperative, Inc., Civil Action No. 04-CV-00327 (SHS)**

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4671

Steven J. Gutter
KAHN & GUTTER
Paine Webber Plaza, Penthouse 4
8211 W. Broward Blvd.
Plantation, FL 33324
TEL: (954) 475-8880
FAX: (954) 328-4044

Donald L. Bilgore
BILGORE, REICH, LEVINE & KANTOR
16 East Main Street, Suite 950
Rochester, NY 14614
TEL: (585) 262-4700
FAX: (585) 262-4118

## Meijer, Inc., Civil Action No. 04-CV-00494 (SHS)

Robert N. Kaplan (RK-3100)
Richard J. Kilsheimer (RK-6228)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Fax: 212-687-7714

Joseph M. Vanek
DAAR, FISHER, KANARIS & VANEK, P.C.
200 South Wacker Drive, Suite 3350
Chicago, IL 60606
Telephone: 312-474-1400
Fax: 312-474-1410

Paul E. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312-641-3200
Fax: 312-641-6492

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
Telephone: 202-408-4600
Fax: 202-408-4699

## Valley Wholesale Drug Co., Inc., Civil Action No. 04-CV-01014 (SHS)

David Boies (No. DB 4399)
Richard B. Drubel
Kimberly H. Schultz (No. KS 2596)
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Telephone:  (603) 643-9090
Facsimile:  (603) 643-9010

Angela K. Drake
LOWTHER JOHNSON ATTORNEYS AT LAW, LLC
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone:  (417) 866-7777
Facsimile:  (417) 866-1752

## SAJ Distributors, Inc. Civil Action No. 04-CV-01354 (SHS)

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: 717-892-3000
Facsimile: 717-892-1200

Richard J. Kilsheimer
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

Michael L. Roberts
ROBERTS LAW FIRM, P.A.
P.O. Box 241790
20 Rahling Circle
Little Rock, AK 72223
Telephone: 501-821-5575
Facsimile: 501-821-4474

Robert S. Green
Jenelle Welling
GREEN & JIGARJIAN, LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 477-6700
Fax: (415) 477-6710

**Walgreen, et.al, Civil Action No. 04-CV-01446 (SHS) and**
**Albertson's, et.al., Civil Action No. 04-CV-09649 (SHS)**

Scott E. Perwin
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Douglas H. Patton
DEWSNUP KING & OLSEN
36 South State Street
Suite 2020
Salt Lake City, UT 84111

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016

**CVS Pharmacy, Inc and Rite Aid Corporation, Civil Action No. 04-CV-03719 (SHS)**

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 North Third Street
Suite 700
Harrisburg, PA 17101
Telephone: 717-364-1010
Fax: 717-364-1020

Joseph T Lukens
HANGLEY ARONCHICK SEGAL &
PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-496-7032
215-568-0300 fax

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016

**NeighborCare, Inc., Civil Action No. 04-CV-03156 (SHS)**

Bryan L. Clobes
Jeffrey D. Lerner
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103
215-864-2800
215-864-2810 fax

Marvin A. Miller
Patrick E. Cafferty
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
312-782-4880
312-782-4485 fax

N. Nathan Neumann
LAW OFFICE OF N. NATHAN NEUMAN
700 Lake Drive
Ambler, PA 19002-5084
215-646-9520
215-646-9521 fax

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016
212-481-6698
212-481-6803 fax

**Care Pharmacies, Inc. Civil Action No. 04-CV-3890 (transferred from E.D.Va.)**

Wyatt B. Durrette, Jr.
Barrett Erskine Pope
DURRETTE BRADSHAW PLC
600 E Main St., 20th Fl.
Richmond, VA 23219
(804) 775-9600

David Boies, III
Timothy D. Battin
Mark Schirmer
Kenneth G. Walsh
STRAUS & BOIES LLP
10513 Braddock Rd
Fairfax, VA 22032
(703) 764-8700

Kevin J. O'Connor
LAFOLLETTE GODFREY & KAHN
1 Main St
Madison, WI 53703
(608) 257-3911

**Medic Drug, Inc. Civil Action No. 04-CV-04574 (transferred from D.Conn.)**

Edmund Searby
Walter W. Noss
SCOTT & SCOTT, LLC
33 River Street
Chagrin Falls, OH 44022
440-247-8200
440-247-8275 fax

David R. Scott
Erin Green Comite
SCOTT & SCOTT, LLC
108 Norwich Ave.
P.O. Box 193
Colchester, CT 06415

Bonny E. Sweeney
Christopher M. Burke
COUGHLIN STOIA GELLER
 RUDMAN & ROBBIN LLP
401 B Street, Suite 1700
San Diego, CA 92101
619-231-1058
619-231-7423 fax

Jack Landskroner
THE LANDSKRONER LAW FIRM, LTD.
1360 W. 9th St. Suite 200
Cleveland, OH 44113