UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: OXYCONTIN ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>    Louisiana Wholesale Drug Co., Inc.,<br>    Civil Action No. 04-CV-00229 (SHS)<br><br>    Rochester Drug Cooperative, Inc.,<br>    Civil Action No. 04-CV-00327 (SHS)<br><br>    Meijer, Inc.,<br>    Civil Action No. 04-CV-00494 (SHS)<br><br>    Valley Wholesale Drug Co., Inc.,<br>    Civil Action No. 04-CV-01014 (SHS)<br><br>    SAJ Distributors, Inc.<br>    Civil Action No. 04-CV-01354 (SHS)<br><br>    Walgreen, et.al,<br>    Civil Action No. 04-CV-01446 (SHS)<br><br>    Albertson's, et.al.,<br>    Civil Action No. 04-CV-09649 (SHS)<br><br>    CVS Pharmacy, Inc and Rite Aid Corporation,<br>    Civil Action No. 04-CV-03719 (SHS)<br><br>    NeighborCare, Inc.,<br>    Civil Action No. 04-CV-03156 (SHS)<br><br>    Care Pharmacies, Inc.<br>    Civil Action No. 04-CV-3890 (SHS)<br><br>    Medic Drug, Inc.<br>    Civil Action No. 04-CV-04574 (SHS) | 04-MDL-1603 (SHS)<br><br>ECF CASE |

**DECLARATION OF BRUCE E. GERSTEIN
IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' AND NON-CLASS
PLAINTIFFS' MOTION TO LIFT THE STAY**

    I, BRUCE E. GERSTEIN, an attorney duly admitted to practice before the courts of New

York, declares as follows:

1. I am a partner in the law firm of Garwin, Gerstein & Fisher LLP, Co-Lead Counsel for Direct Purchaser Class Plaintiffs in the above captioned action.

2. I submit this Declaration in support of Direct Purchaser Class Plaintiffs' and Non-Class Plaintiffs' Motion to Lift the Stay of this antitrust litigation, and attach copies of the following documents:

3. Exhibit A: MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept. 2007 revision) § 2142;

4. Exhibit B: The Patent and Trademark Office's rejection of claims 1-17, dated April 30, 1992;

5. Exhibit C: MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept. 2007 revision) § 716.01(a);

6. Exhibit D: Response of Steinberg and Raskin to the April 30, 1992 rejection of claims 1-17, dated October 22, 1992.

7. Exhibit E: The Patent and Trademark Office's Examiner Interview Summary Record discussing claims 1-17, dated November 27, 1991;

8. Exhibit F: Declaration of Dr. Robert Francis Kaiko, Vice President, Clinical Research for the Purdue Federick Company regarding controlled release oxycodone compositions, dated March 9, 1993.

9. Exhibit G: MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept. 2007 revision) § 716.01(c) ;

10. Exhibit H: MANUAL OF PATENT EXAMINING PROCEDURE (8th Ed. Sept. 2007 revision) § 716.02(g);

11. Exhibit I: 1989 Article authored by Robert F. Kaiko, PhD, *et al*, entitled "The United States Experience with Oral Controlled-Release Morphine (MS Contin Tablets)".

12. Exhibit J: 1998 Article entitled "Controlled-release oxycodone compared with controlled release morphine in the treatment of cancer pain: a randomized, double-blind, parallel group study".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of February, 2008.

/s/ Bruce E. Gerstein
Bruce E. Gerstein