USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OXYCONTIN ANTITRUST LITIGATION<br><br>This Document Relates To: All Cases | )<br>)<br>)<br>)<br>)  04-MDL-1603 (SHS)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCE

The Court, having considered the motion for withdrawal of the appearances of Diane Lifton and Allison B. Neidoff, and good cause having been shown, it is hereby

**ORDERED** that:

The Motion is **GRANTED**.

Dated: April 17, 2008

_____
Sidney H. Stein, U.S.D.J.

#1300197 v1
104914-56320